# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ESTATE OF ROYA MANZURI,**
*by Menashe Manzuri and Sigalit Manzuri, as*
*Representatives,*

**ESTATE OF NORELLE MANZURI,**
*by Menashe Manzuri and Sigalit Manzuri, as*
*Representatives,*

**MENASHE MANZURI,**

**SIGALIT SHTEINER MANZURI,**

**S.M.**, *a minor,*
*by Menashe Manzuri and Sigalit Manzuri, as*
*Representatives,*

       *Plaintiffs,*

v.

**ISLAMIC REPUBLIC OF IRAN,**
 Ministry of Foreign Affairs
 Khomeini Avenue
 United Nations St.
 Tehran, Iran,

and

**ISLAMIC REVOLUTIONARY GUARD CORPS,**
 Armed Forces Headquarters
 Zone 7 – Shariati
 Ghoddoosi Square (Ghaar)
 Tehran, Iran

and

**HARAKAT AL-MUQAWAMA AL-ISLAMIYA**
 (a/k/a Hamas)
 c/o Al-Quds International Foundation
 Hamra Street, Saroulla Building, 11th Floor
 Beirut, Lebanon

Case No.: _____

**COMPLAINT**

and

**PALESTINIAN ISLAMIC JIHAD**
    c/o Al Ihsan Charitable Society
    Al-Iman – Fathi Al-Ahmad Building
    Jenin, Palestinian Authority

and

**HEZBOLLAH**
  (a/k/a Hizbullah, Hezballah, Hizballah)
  c/o Atlas Holding Sal
  Middle East Commercial Center, 2nd Floor
  Ghobeiry, Baabda, Lebanon

and

**POPULAR FRONT FOR THE LIBERATION OF PALESTINE**
    c/o Health Work Committees,
    Al-Fardan Martyrs Street
    P.O. Box 3966
    Ramallah – Al Bireh, Palestinian Territories,

and

**SYRIAN ARABIC REPUBLIC**
    c/o Syrian Ministry of Foreign Affairs and Expatriates
    G729+RW7
    Prime Ministers Complex
    17th April,
    Damascus, Syria

                      *Defendants*.

## <u>TABLE OF CONTENTS</u>

INTRODUCTION ................................................................................................................ 1

JURISDICTION AND VENUE ......................................................................................... 7

PARTIES ............................................................................................................................ 8

FACTUAL ALLEGATIONS ........................................................................................... 13

I.      Iran Provides Substantial Material Support to Hamas, PIJ, PFLP, Hezbollah, and the Houthis. .................................................................................................................. 13

        A.      The Islamic Republic of Iran: "Death to America! Death To Israel!".................... 13

        B.      The IRGC and Its Quds Force Form the Axis of Resistance. ................................. 18

        C.      Hamas's Evolution.................................................................................................. 22

        D.      Iran Provided Material Support to Hamas Prior to October 7. .............................. 27

        E.      Iran Provided Material Support to Palestinian Islamic Jihad (PIJ)......................... 31

        F.      Hezbollah – Iran's Most Sophisticated Proxy. ...................................................... 36

        G.      Iran Provided Material Support to the Houthis....................................................... 41

        H.      Iran Provided Material Support to the Popular Front for the Liberation of Palestine (PFLP)...................................................................................................................... 44

II.     Syria Provided Material Support to the IRGC, Hezbollah, Hamas, PIJ and PFLP........... 47

        A.      Syria Provided Material Support to Hamas Prior to October 7, 2023. .................... 48

        B.      Syria Provided Material Support to PIJ Prior to October 7, 2023........................... 51

        C.      Syria Provided Material Support to Hezbollah Prior to October 7, 2023. ............... 55

        D.      Syria Provided Material Support to the PFLP Prior to October 7, 2023................. 57

III.    Iran Specifically Financed, Supported, And Approved the October 7 Attack. ................. 59

        A.      Hamas Begins to Emulate Hezbollah. .................................................................... 59

        B.      Yahya Sinwar's "Big Project" with Iran's Axis of Resistance............................... 63

        C.      Syrian Support for Hamas in the Build-Up to the October 7 Attack. ...................... 76

IV.     The October 7 Attack. ...................................................................................................... 78

V.    Iran's "Ring of Fire" and the Multiple Conflicts That Resulted from the October 7 Attack. .................................................................................................................................. 82

VI.    The Plaintiffs Were Harmed by Defendants' Conduct. .................................................... 84

FIRST CLAIM FOR RELIEF ........................................................................................................ 89

SECOND CLAIM FOR RELIEF .................................................................................................... 91

THIRD CLAIM FOR RELIEF ........................................................................................................ 92

FOURTH CLAIM FOR RELIEF .................................................................................................... 94

FIFTH CLAIM FOR RELIEF ........................................................................................................ 95

SIXTH CLAIM FOR RELIEF ........................................................................................................ 96

SEVENTH CLAIM FOR RELIEF .................................................................................................. 98

EIGHTH CLAIM FOR RELIEF ..................................................................................................... 99

NINTH CLAIM FOR RELIEF ...................................................................................................... 100

TENTH CLAIM FOR RELIEF ..................................................................................................... 101

ELEVENTH CLAIM FOR RELIEF ............................................................................................. 102

PRAYER FOR RELIEF ............................................................................................................... 103

Plaintiffs bring this Complaint (1) under the terrorism exception to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A, against the Islamic Republic of Iran ("Iran"), the Islamic Revolutionary Guard Corps ("IRGC"), including its Quds Force ("IRGC-QF"), jointly and severally (collectively, "the Iran Defendants") and the Syrian Arab Republic ("Syria," and with the Iran Defendants, jointly and severally, the "FSIA Defendants") and (2) under the civil-damages provision of the Anti-Terrorism Act, 18 U.S.C. § 2333(a) ("ATA"), as amended by the Justice Against Sponsors of Terrorism Act, 18 U.S.C. § 2333(d) ("JASTA"), against the following U.S.-designated foreign terrorist organizations ("FTOs"):[1] Islamic Resistance Movement–Harakat al-Muqawama al- Islamiya ("Hamas"), Palestinian Islamic Jihad ("PIJ"), the Popular Front for the Liberation of Palestine ("PFLP"), and Hezbollah, jointly and severally (collectively, "the FTO Defendants"), and allege as follows:

## INTRODUCTION

1.    On October 7, 2023, Hamas, joined by terrorists from PIJ, PFLP, Al Aqsa Martyrs Brigade ("AAMB"),[2] and the Popular Resistance Committee ("PRC"),[3] invaded Israel's sovereign territory from various locations within the Gaza Strip to murder approximately 1,200 people ("October 7 Attack" or "October 7"). Those terrorists also committed horrific acts of rape, torture, mutilation, decapitation, immolation, assault, hostage taking, and more in a rampage of brutality unthinkable in the modern world.

---

[1]    FTO is an acronym for "Foreign Terrorist Organization" - a designation made by the U.S. government pursuant to Section 219 of the Immigration and Nationality Act and the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as amended, codified at 8 U.S.C. § 1189. Section 219 of the AEDPA provides the U.S. Secretary of State with the authority to designate foreign organizations that engage in terrorism that threatens the security of the United States or U.S. nationals, which has the effect of freezing their assets and prohibiting most contact with them.

[2]    AAMB is a Palestinian terrorist group affiliated with the Palestinian political party Fatah. It has been designated as an FTO by the U.S. Department of State since March 27, 2002.

[3]    The PRC is a coalition of armed Palestinian groups opposed to the Palestinian Authority. It has committed numerous terrorist attacks, including a 2003 attack on a U.S. diplomatic convoy that killed three U.S. security guards. Although the PRC is not a designated FTO, it is a recognized terror group, which touts its participation in the October 7 Attack. Its terror apparatus calls itself the "Nasser Salam al-Din Brigades."

2.    Hamas named the October 7 Attack "Operation al-Aqsa Flood."

3.    Iran and Syria financed, supported, and approved this largest massacre of Jews since the Holocaust, and provided Hamas with the means and capabilities to plan, coordinate, and carry out the Attack.

4.    October 7 and the ensuing conflict between Israel and Hamas in Gaza; Hezbollah in Lebanon; non-Defendant Ansarallah ("the Houthis") in Yemen; Syria; and ultimately Iran itself are all byproducts of Iran's longstanding effort to build a so-called "Axis of Resistance" against Israel and its primary ally—the United States of America.

5.    The chief purpose of the Axis of Resistance is to expand Iran's influence throughout the Middle East while demoralizing and degrading the defensive capabilities of its regional rivals—primarily Israel—by encircling Israel with what Iran's IRGC has termed a "Ring of Fire."

6.    The "Ring of Fire" is composed of a series of heavily armed terror proxies arrayed along Israel's borders and across the Middle East, including (but not limited to) Defendants Hamas, PIJ, the PFLP, Hezbollah, the non-Defendant Houthis, and others.

7.    Armed and trained (and in many cases specifically directed) by the IRGC, the purpose of the Ring of Fire is to encircle Israel along multiple fronts with hostile forces committed to Israel's destruction and armed with various weapons (including short and medium range rockets and missiles), who act on the IRGC's instructions to coordinate assaults designed to weaken and ultimately annihilate the State of Israel.

8.    In support of these objectives, Hamas and its allied members of the Ring of Fire have, with support from Iran and Syria, targeted the United States and American citizens, in retaliation for and in an effort to weaken American support for Israel's right to exist and defense

of that right. Hamas and its terrorist allies, with support from Iran and Syria, have murdered and/or injured dozens of Americans as part of their campaign of terror.[4]

9.      Pursuant to their relationships with Iran and Syria, Hamas and the members of the Ring of Fire have played significant roles in the global campaigns of supporting terrorism orchestrated by Iran and Syria to further their objectives, including damaging, weakening, and ultimately destroying both the United States and Israel.[5]

10.      The most prominent member of the Axis of Resistance is Lebanese Hezbollah. Established by the IRGC in the early 1980s, Hezbollah has long sworn fealty to Iran's Supreme Leader, Ali Khamenei, whom it regards as its "Spiritual Guide." Hezbollah functions as an arm and agent of Iran's IRGC-QF, taking direction from its "parent organization."

11.      Hamas and PIJ both began as outgrowths of the Muslim Brotherhood,[6] a radical movement within Sunni Islam.

12.      Defendant PFLP's origins can be found in pan-Arab nationalism. During the Cold War, when the Soviet Union was a key patron of the PFLP and other Palestinian terrorist organizations, the PFLP's identity was infused with certain Marxist-Leninist overtones. After the collapse of the Soviet Union, the PFLP maintained its past alliances but increasingly solicited (and received) funding and other material support from Iran, the IRGC, and Syria. In the years preceding October 7, PFLP placed its operatives in Gaza under Hamas's unified command.

---

[4]   *See United States of America v. Ismael Haniyeh, et al.*, Case No. 1:24-mj-00438, 24 MAG 438, Doc. No. 2 at 18(a).

[5]   *See id.* at 18(b).

[6]   The Muslim Brotherhood is a fundamentalist Islamist organization that was founded in Egypt in 1928 by Hassan al-Banna. The organization strives to reconstitute Muslim society and eventually to establish a large Islamic state that would expand Muslim rule into the rest of the world through jihad (holy war). Hamas emerged as the Palestinian branch of the Muslim Brotherhood in 1987.

13.     As set forth in detail below, October 7 was the natural and intended component, and the first large-scale implementation, of the IRGC's "Axis of Resistance doctrine"—a well-planned and coordinated attack designed to destroy Israel.

14.     Syria has played a critical role in enabling and facilitating this Axis of Resistance strategy. For decades, the Syrian regime has provided material support to terrorist organizations including Hezbollah, Hamas, PIJ, and the PFLP by offering training facilities, safe haven for terrorist leaders, and serving as a vital geographic conduit for Iranian weapons and resources.

15.     As described below, Syria's territory serves as the essential "land bridge" connecting Iran to its proxies in Lebanon and via land and sea smuggling routes to the Palestinian Territories, allowing for the movement of personnel, weapons, and funding. Damascus has hosted crucial planning meetings between terror organizations and IRGC officials, and provided military training facilities where Hamas and other terror groups developed capabilities later deployed in the October 7 Attack.

16.     Although relations between Syria and certain terror groups—particularly Hamas—were strained during the Syrian civil war, the Assad regime's dependence on Iran for its survival ensured continued material support to these organizations. By 2022, Hamas had fully reconciled with the Syrian regime, strengthening coordination among all parties in the Axis of Resistance and setting the stage for the October 7 Attack.

17.     Indeed, the Syrian regime immediately praised the October 7 Attack, declaring that "Syria raises its head high in honor of the martyrs of the Palestinian revolution and the heroes who planned and achieved the Al-Aqsa Flood operation."

18.     The October 7 Attack—which Hamas's inner circle called its "Big Project"—was a massive and complex terrorist operation, which depended on capabilities and resources amassed

over many years through funding, training, and other support provided by Iran, Syria, and the allied terrorist organizations comprising the Ring of Fire. The operation itself also required specific additional financing and enhanced logistical support (including training, weapons, and other logistical support) from the IRGC.

19.    Hamas also sought to obtain the IRGC's commitment to a coordinated attack that would include Lebanese Hezbollah—encamped on the other side of Israel's northern border—and Hamas's terrorist operatives in southern Lebanon (mostly recruited from Palestinian refugee camps) belonging to the group's Izz al-Din al-Qassam Brigades ("Qassam Brigades").[7]

20.    Using sophisticated compartmentalization and deception techniques developed with the support or Iran and Syria, and relying on the unwavering commitment of the allied members of the Ring of Fire to their shared terrorist mission to destroy Israel and the United States, Hamas was able to successfully conceal the specifics of the October 7 Attack plan while ensuring that the other terrorist organizations operating in Gaza—most notably PIJ, the PFLP, AAMB, and the PRC—would participate in the massacre without needing to be privy to the details or scope of the plan beforehand.

21.    Hamas also needed to coordinate the attack beyond Gaza with the IRGC and Lebanese Hezbollah, a process that lasted for more than a year.

22.    Numerous commentators, researchers, experts, and court decisions have found that Iran and Syria financed, equipped, and trained Hamas, PIJ, the PFLP, and Hezbollah before

---

[7]    The Izz al-Din al-Qassam Brigades is the core terror apparatus of Hamas, responsible since the 1990s for kidnappings, murders, suicide bombings, and a variety of other atrocities. Hamas itself often refers to its terror operatives as "Qassami warriors" and to its terror infrastructure as its "apparatus." As Hamas leadership has explained, the other components of Hamas work hand in glove with the Qassam Brigades to accomplish Hamas's goals.

October 7, enabling those terror organizations to be the kind of groups capable of committing the October 7 Attack.

23.    Even more directly, Iran helped plan the October 7 Attack itself, provided dedicated financing for it, and coordinated logistics and training between Hamas and Hezbollah in advance of the launch date for the attack. And as discussed further below, after a temporary rift between Hamas and the Assad regime during the Syrian civil war, Hamas reconciled with the Syrian regime in 2022. The reconciliation process was a critical part of Hamas's strategy to strengthen its position within the Iran-Hezbollah axis prior to the October 7 Attack. By June 2023, Hamas described its improved relationship with Syria, stating "the Syrian regime has opened the doors even wider to us."

24.    As detailed below, the October 7 Attack, led by Hamas and joined by PIJ, the PFLP and others, was part of a fully coordinated plan, financed and managed by Iran through the IRGC-QF, to annihilate Israel by attacking it from multiple fronts simultaneously. The devastation and the horror of the October 7 Attack, and subsequent related attacks, were fully supported and financed by Iran.

25.    Following the October 7 Attack, Hamas and PIJ continued to launch rockets into Israel. On October 8, 2023, Hezbollah joined Hamas and PIJ by launching various attacks at northern Israel which ultimately necessitated the evacuation of tens of thousands of residents of towns and cities located in the northern third of the country. The Houthis in Yemen joined in as well, firing missiles at Israel and attacking shipping linked to Israeli and U.S. interests.

26.    Once Israel recovered from the initial onslaught, it began bombing Hamas, PIJ, and PFLP targets in Gaza, and on October 13, Israel began ground operations in Gaza to neutralize

Hamas's military capabilities, free more than 200 hostages taken by Hamas and its affiliated groups, and prevent a future repetition of October 7.

27.     In the course of the Israel Defense Forces ("IDF's") efforts both in Gaza and along Israel's northern border with Lebanon, members of the IDF and civilians in Israel, some of whom are also American citizens, were murdered or seriously wounded by Hamas, PIJ, the PFLP, and Hezbollah in subsequent attacks directly related to and precipitated by the October 7 Attack ("Subsequent Related Attacks").

## JURISDICTION AND VENUE

28.     This Court has jurisdiction over this matter and over the FSIA Defendants pursuant to 28 U.S.C. §§ 1330(a) and 1605A(a), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against State Sponsors of Terrorism, like Iran and Syria, and their officials, employees, and agents.

29.     The Foreign Sovereign Immunities Act ("FSIA"), at 28 U.S.C. § 1605A, provides jurisdiction for private rights of action against a foreign state that was a State Sponsor of Terrorism at the time of the terrorist acts at issue and also against any official, employee or agent of that foreign state—while acting within the scope of his or her office, employment, or agency—for wrongful death, personal injury, and related torts. Iran, a continuously designated State Sponsor of Terrorism since January 19, 1984, is such a foreign state, as is Syria, continuously designated a State Sponsor of Terrorism since December 29, 1979.

30.     As alleged below, the IRGC is a political/military subdivision of Iran. Accordingly, for all relevant purposes, the IRGC is also considered the foreign state of Iran. *See* 28 U.S.C. § 1603(a).

31.    Venue is proper in this District as to the FSIA Defendants pursuant to 28 U.S.C. § 1391(f)(4), which provides that a civil action against a foreign state or its political subdivisions may be brought in the United States District Court for the District of Columbia.

32.    FTO Defendants Hamas, PIJ, the PFLP, and Hezbollah are all designated Foreign Terrorist Organizations and were designated such at the time of the October 7 Attack and Subsequent Related Attacks.

33.    This Court has subject matter jurisdiction over the FTO Defendants pursuant to 28 U.S.C. § 1331, as a civil action arising under the laws of the United States, specifically the Anti-Terrorism Act, 18 U.S.C. § 2333, as a civil action brought by citizens of the United States and/or their estates, survivors, or heirs, who have been injured by reason of acts of international terrorism.

34.    Venue is proper in this District as to the FTO Defendants pursuant to 28 U.S.C. § 1391(b)(3).

## **PARTIES**

35.    Plaintiffs are described in detail below in Part VI. They are U.S. nationals (including estates) and their close family members, who suffered direct and foreseeable injury as a result of the October 7 Attack and Subsequent Related Attacks committed by Hamas, PIJ, PFLP, and Hezbollah with Iran's and the IRGC's substantial material support.

36.    *Iran*. Iran is, and was at all relevant times, a foreign state as defined by the FSIA, 28 U.S.C. § 1603(a). Since 1984, Iran has been designated by the United States as a State Sponsor of Terrorism pursuant to Section 6(j) of the Export Administration Act of 1979, previously codified at 50 U.S.C. § 4605(j), Section 620A of the Foreign Assistance Act, 22 U.S.C. § 2371, and Section 40(d) of the Arms Export Control Act, 22 U.S.C. § 2780(d). At all relevant times, Iran provided Hamas, PIJ, PFLP, and Hezbollah with substantial material support, including training, weapons, money, and resources for acts of extrajudicial killings and hostage taking, as those terms are used

in the FSIA, 28 U.S.C. § 1605A(a)(1), that enabled Hamas, PIJ, PFLP, and Hezbollah to be terrorist organizations capable of recruiting terrorists and committing terrorist violence, like the attacks that injured Plaintiffs.

37.    ***IRGC (and the IRGC-QF)***. The IRGC and the IRGC's Quds Force ("IRGC-QF"), which is a branch of the IRGC, are subdivisions of the state of Iran and are, for all relevant purposes, treated as Iran itself.[8] The IRGC is a paramilitary force answerable only to the Supreme Leader of Iran himself. The IRGC differs from Iran's "regular" armed forces, which ostensibly function under a national command structure answerable to the nominal government of Iran, not the Supreme Leader. The IRGC is tasked with "protecting the revolution," which it accomplishes by silencing perceived enemies at home through secret police methods and attacking perceived enemies abroad (via its Quds Force) through terrorist tactics. On October 13, 2017, the United States designated the IRGC as a Specially Designated Global Terrorist ("SDGT") under Executive Order 13224, and the IRGC remains so-designated.[9] On April 15, 2019, the United States designated the IRGC as an FTO pursuant to AEDPA § 219, codified at 8 U.S.C. § 1189, and the IRGC remains so-designated.

38.    The IRGC-QF is a branch of the IRGC and is Iran's primary tool for exporting the Iranian Islamic revolution beyond Iran's borders. The Quds Force does so by setting up and operating armed terrorist cells, establishing educational systems for indoctrination, and subverting pro-Western Arab-Muslim regimes. It also provides substantial material support to terrorist

---

[8]    *See, e.g.*, *Henkin v. Islamic Republic of Iran*, No. 18-cv-1273 (RCL), 2021 WL 2914036, at *17 (D.D.C. July 12, 2021); *Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 77, 85 (D.D.C. 2018); *Akins v. Islamic Republic of Iran*, 332 F. Supp. 3d 1, 33 (D.D.C. 2018); *Bluth v. Islamic Republic of Iran*, 203 F. Supp. 3d 1, 19 n.15 (D.D.C. 2016); *Rimkus v. Islamic Republic of Iran*, 575 F. Supp. 2d 181, 194 (D.D.C. 2008).

[9]    Executive Order 13224, as amended, has the effect of blocking the assets of and transactions with certain identified terror groups and individuals. It also provides the Secretary of State with the authority to (1) designate additional individuals or entities that have committed or pose a significant risk of committing terrorist acts and (2) identify individuals or entities controlled or owned by terrorist groups or individuals. An entity or individual designated under E.O. 13224, as amended, is referred to as an SDGT.

organizations, including Hamas. On October 25, 2007, the Quds Force was designated an SDGT pursuant to Executive Order 13224 and remains so-designated. The Quds Force was also included in the April 15, 2019, designation of the entire IRGC as an FTO.

39.    ***Syria***. Syria is, and was at all relevant times, a foreign state as defined by the FSIA, 28 U.S.C. § 1603(a). The United States designated Syria a State Sponsor of Terrorism in December 1979, pursuant to § 6(j) of the Export Administration Act, § 620A of the Foreign Assistance Act, and § 40 of the Arms Export Control Act. At all relevant times, Syria provided Hamas, PIJ, PFLP, the IRGC and Hezbollah with substantial material support, including training, weapons, and resources for acts of extrajudicial killings and hostage taking, as those terms are used in the FSIA, 28 U.S.C. § 1605A(a)(1), that enabled Hamas, PIJ, PFLP, the IRGC and Hezbollah to be terrorist organizations capable of recruiting terrorists and committing terrorist violence, like the attacks that injured Plaintiffs.

40.    ***Hamas***. Hamas is an acronym of the Arabic "Harakat al-Muqawama al-Islamiya"—Islamic Resistance Movement—but its name also means, in Arabic, enthusiasm, courage, and zeal for battle. It is the most prominent terrorist organization operating in Palestinian-controlled territory and is the ruling government of Gaza. Established in 1987, Hamas's stated core purpose is eliminating Israel, and it seeks that end through violence and terror, including rocket attacks, bombings, suicide bombings, shootings, stabbings, hostage taking, and more. At all relevant times, Hamas received substantial material support from Iran and Syria, including financing, weapons, ammunition, training, and other resources for acts of torture, extrajudicial killing, and hostage taking, as those terms are used in the FSIA, 28 U.S.C. § 1605A(a)(1), that enabled Hamas to be a terrorist organization capable of recruiting terrorists and carrying out

terrorist acts, like the October 7 Attack and Subsequent Related Attacks.[10] On January 23, 1995, pursuant to Executive Order 12947, the United States designated Hamas as a Specially Designated Terrorist ("SDT").[11] On October 8, 1997, Hamas was designated an FTO and remains so-designated. On October 30, 2001, Hamas was also designated as an SDGT under E.O. 13224 and remains so-designated.

41.    **PIJ**. Palestinian Islamic Jihad is another prominent terrorist group operating in Palestinian-controlled territory. It too has as its core purpose destroying Israel through terrorism and violence. PIJ was established in 1981 and has committed numerous acts of terrorism since, including suicide bombings, small arms attacks, and mortar and rocket attacks. At all relevant times, PIJ received substantial material support from Iran and Syria, including military and logistics training, weapons, money, logistical and intelligence support, and other resources for acts of torture, extrajudicial killing, and hostage taking, as those terms are used in the FSIA, 28 U.S.C. § 1605A(a)(1), that enabled PIJ to be a terrorist organization capable of recruiting terrorists and committing terrorist acts, like the October 7 Attack and Subsequent Related Attacks.[12] On January 23, 1995, pursuant to E.O. 12947, the United States designated PIJ as an SDT. On October 8, 1997, PIJ was designated an FTO and remains so-designated. On October 31, 2001, PIJ was designated as an SDGT under E.O. 13224 and remains so-designated.

---

[10] *See, e.g.*, *Force v. Islamic Republic of Iran*, 464 F. Supp. 3d 323, 341 (D.D.C. 2020); *Braun v. Islamic Republic of Iran*, 228 F. Supp. 3d 64, 69 (D.D.C. 2017); *Estate of Steinberg v. Islamic Republic of Iran*, No. 17-CV- 1910 (RCL), 2019 WL 6117722, at **2, 4 (D.D.C. Nov. 18, 2019).

[11] Executive Order 12947 preceded E.O. 13224 and was narrower. It provided the Secretary of the Treasury with the authority to freeze the assets of and prohibit transactions with entities or persons designated as "foreign terrorists that disrupt the Middle East peace process," as opposed to all terrorist entities or individuals. Entities or individuals designated under E.O. 12947, as amended by E.O. 13099, are referred to as SDTs. On September 9, 2019, E.O. 12947 was revoked and replaced by E.O. 13886, which amended E.O. 13224.

[12] *See, e.g.*, *Ben-Yishai v. Syrian Arab Republic*, 642 F. Supp. 3d 110, 121 (D.D.C. 2022); *Force v. Islamic Republic of Iran*, 464 F. Supp. 3d 323, 341 (D.D.C. 2020).

42.     **PFLP**. The PFLP is a Palestinian nationalist terrorist group that has committed terrorist attacks around the world, including aircraft hijackings. It seeks to destroy Israel through terrorism and violence. At all relevant times, the PFLP received material support from Iran and Syria, including logistical support, training, financial support, and other resources for acts of torture, extrajudicial killing, and hostage taking, as those terms are used in the FSIA, 28 U.S.C. § 1605A(a)(1), that enabled PFLP to participate in the October 7 Attack and Subsequent Related Attacks. On January 23, 1995, pursuant to E.O. 12947, the United States designated the PFLP as an SDT. On October 8, 1997, the PFLP was designated an FTO and remains so-designated. On October 31, 2001, the PFLP was designated as an SDGT under E.O. 13224 and remains so-designated.

43.     **Hezbollah**. Hezbollah is an Arabic word meaning "the party of God." It is one of the world's largest and deadliest terrorist organizations. Hezbollah first emerged during the Lebanese civil war in the early 1980s as a militia recruited by the IRGC and comprising Shi'a followers of Iran's Supreme Leader, Ayatollah Ruhollah Khomeini. From Hezbollah's inception, it has always served as an instrument of Iran. Indeed, its members have been trained, organized, and funded by a contingent from the IRGC. In 1985, Hezbollah issued a manifesto describing its objectives to include expelling Western influence from Lebanon and the wider region, destroying Israel, pledging allegiance to Iran's supreme leader, and establishing an Islamist government influenced by Iran's political ideology. Since its inception, Hezbollah has committed numerous high-profile and extraordinarily deadly terrorist attacks against U.S. citizens and others. At all relevant times, Hezbollah received substantial material support from Iran and Syria, including military and logistics training, weapons, money, logistical and intelligence support, and other resources for acts of torture, extrajudicial killing, and hostage taking, as those terms are used in

the FSIA, 28 U.S.C. § 1605A(a)(1), that enabled Hezbollah to be a terrorist organization capable

of recruiting terrorists and committing terrorist acts. On January 23, 1995, pursuant to E.O. 12947,

the United States designated Hezbollah as an SDT. On October 8, 1997, Hezbollah was designated

an FTO and remains so-designated. On October 30, 2001, Hezbollah was designated as an SDGT

under E.O. 13224 and remains so-designated.

## FACTUAL ALLEGATIONS

I.    **Iran Provides Substantial Material Support to Hamas, PIJ, PFLP, Hezbollah, and the Houthis.**

44.    According to the U.S. State Department, Iran is "the leading state sponsor of

terrorism, facilitating a wide range of terrorist and other illicit activities in the United States and

globally."[13]

45.    Iran's support, primarily through the IRGC, has facilitated the violence committed

by Hamas, which spearheaded the October 7 Attack, and by PIJ and the PFLP which joined the

Hamas-led October 7 Attack, and by Hezbollah, which attacked Israel on October 8 in solidarity

with and further support of the October 7 Attack.

46.    Iran's support includes money, weapons, ammunition, equipment, training,

logistics, and intelligence. Without that support, the October 7 Attack and the Subsequent Related

Attacks would not have been possible.

### A.    The Islamic Republic of Iran: "Death to America! Death To Israel!"

47.    In 1979, the Islamic Republic of Iran came to power both through a popular

revolution and then through a series of referenda. From the beginning of the Islamic Republic,

Iran's political and religious institutions were overseen by a single person, a religious leader who

---

[13]    *Country Reports on Terrorism 2023*, U.S. DEP'T OF STATE, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2023/.

is called "the Supreme Leader." At the time of the 1979 revolution, Ayatollah Ruhollah Khomeini was the Supreme Leader. Currently, the Supreme Leader is Ayatollah Ali Khamenei. They are the only two to hold the title.

48.     Iran's political structure is bifurcated into two components: a formal governmental structure and a revolutionary structure. The Supreme Leader oversees both aspects. Iran's president is subordinate to the Supreme Leader, but otherwise leads Iran's formal governmental structure. The Supreme Leader oversees the revolutionary structure, which includes entities that are parallel to the traditional government agencies within the formal government structure—for example, the IRGC, which is parallel to the regular military of Iran.

49.     The violent slogan "Death to America! Death to Israel!" has a long history in the Islamic Republic of Iran. It also has current relevance. For example, on October 7, 2023, members of Iran's parliament chanted "Death to Israel!" in response to the Hamas-led October 7 Attack.[14] Approximately one month later, on November 4, 2023, Iranian demonstrators on the streets of Tehran repeated this chant to mark the anniversary of the 1979 takeover of the U.S. embassy in Tehran.[15]

50.     The slogan is not merely symbolic political vitriol; it reflects Iran's official policy. Both Supreme Leaders Khomeini and Khamenei have referred to the United States as the "Great Satan" and Israel (and the United Kingdom) as the "Little Satan" to be defeated.

51.     Indeed, Iran actively seeks the eradication of Israel and the United States. Led by its leader Ali Khamenei, the Iranian regime has supported terror attacks by Hamas and other

---

[14]  Giselle Ruhiyyih Ewing, *Iran praises Hamas as attack reverberates around Middle East*, POLITICO, Oct. 7, 2023, *available at* https://www.politico.com/news/2023/10/07/iran-praises-hamas-attack-israel-middle-east-00120491.

[15]  *"Death to Israel, death to America": Iran marks anniversary of 1979 embassy takeover*, TIMES OF ISRAEL, Nov. 4, 2023, *available at* https://www.timesofisrael.com/death-to-israel-death-to-america-iran-marks-anniversary-of-1979-embassy-takeover/.

Palestinian groups against Israel and American interests, as part of its strategic aim to destroy Israel and the United States.

52.     Khamenei has publicly proclaimed: "[W]e regard Palestine as an organ of our body, and the support of the Palestinian nation is pride for the Iranian people… The Palestinian people must continue the blessed Jihad [holy war] and its standing against the enemies of Islam… The **Hamas**, [Palestinian] **Islamic Jihad** and Fatah forces [AAMB] must continue the struggle in a united way… But, indeed, the only solution [to the crisis in the region] is the elimination of the root of this crisis, which is the Zionist regime imposed on the region."[16]

53.     In an October 4, 2000, message, Khamenei called on the Palestinian people to wage terror attacks against Israel, stating:

> I salute the entire Palestinian nation - particularly those who engage in jihad and follow the path of Intifada. I would like to tell you that your movement will receive increasing support from Muslims and revolutionaries. And by Allah's favor, you will eventually overwhelm the occupiers. **The Islamic Republic of Iran will proudly continue to support this holy movement** and the most pious people of Iran will continue to pray for your success. 'If you help (the cause of) Allah, He will help you and make your foothold firm [The Holy Quran, 47:7].'[17]

54.     In February 2012, a senior political leader of Hamas, Ismail Haniyeh, visited Iran.[18] During that visit, Iranian leader Khamenei hailed the "Palestinian Resistance." Haniyeh declared that Hamas will not recognize Israel and that it will continue fighting Israel until all the lands from the Jordanian river to the Mediterranean Sea are liberated and the Palestinian refugees will return to their lands.[19]

---

[16]   Khabar TV, Iran (Oct. 20, 2000) (emphasis added). ***Emphasis added throughout unless otherwise indicated***.
[17]   *Palestine; Selected Statements by Ayatollah Khamenei about Palestine* 102 (Islamic Revolution Publishers) (2012).
[18]   Anthony H. Cordesman, *The Gulf Military Balance: Volume I, The Conventional and Asymmetric Dimensions* at 160 (Center for Strategic and International Studies) (Jan. 31, 2014).
[19]   Office of the Supreme Leader (Feb. 12, 2012), https://tinyurl.com/mvyt3ftj (last visited May 26, 2025); AL-JAZEERA (Qatar), Feb. 12, 2012, https://www.aljazeera.net/news/2012/2/ 12/خامنئي-يحذر-حماس-من-التسوية (last visited May 26, 2025).

55.     On July 23, 2014, Khamenei declared, "From the day of its illegitimate birth, the (Zionist) regime laid the foundations for overt violence.… ***The only solution is to destroy this regime.…*** The solution is total armed resistance against this regime… Therefore, it is my belief that the West Bank should be armed just like Gaza."[20]

56.     On September 9, 2015, Khamenei urged Palestinians to resume terror attacks and reject any appeasement with Israel, stating that "in 25 years, Israel would no longer exist." He expressed his readiness to back terror attacks against Israel until its expected destruction by declaring that "during this period, the fighting Jihadi Islamic spirit will not give the Zionists even a single moment of quiet."[21]

57.     A 2017 letter from General Qassem Soleimani—then commander of the IRGC-QF—to Hamas leader Ismail Haniyeh to congratulate him on being elected to be the head of Hamas's Political Bureau and thus Hamas's overall leader, stated:

> We look forward to strengthening cooperation with you, the allies of the Axis of Resistance. Together, we will restore light on the Palestinian issue. I sincerely hope that your jihad continues until the liberation of the Al-Aqsa Mosque and all Palestinian land, and until Jerusalem becomes a meeting place for all Muslims.

58.     A 2020 statement by Khamenei reiterated Iran's deep commitment to supporting Hamas: "Iran will spare no effort to support the Palestinian people to restore their right and hold off the evil schemes of the Zionist entity."[22]

---

[20] Middle East Media Research Institute, *Iran's Leader Khamenei: Armed Struggle Should Continue until Israel Is Destroyed by a Referendum* (July 23, 2014), *available at* https://www.memri.org/tv/irans-leader-khamenei-armed-struggle-should-continue-until-israel-destroyed-referendum.

[21] Middle East Media Research Institute, *Iranian Supreme Leader Khamenei: "In 25 Years, There Will Be No Such Thing as the Zionist Regime"* (Sept. 9, 2015), *available at* https://www.memri.org/reports/iranian-supreme-leader-khamenei-25-years-there-will-be-no-such-thing-zionist-regime-region.

[22] Iran offers unconditional support to Hamas, Islamic Jihad, EURASIA PRESS AND NEWS, July 20, 2020, available at https://www.eurasia.ro/2020/07/20/iran-offers-unconditional-support-to-hamas-islamic-jihad/.

59.     A letter from General Soleimani sent prior to his assassination in 2020, called for the annihilation of Israel and pledged that "Islamic Iran will never leave Palestine."[23]

60.     On October 3, 2023, just days before the October 7 Attack, Khamenei stated in a speech: "The honorable Imam [Khomeini], may God be pleased with him, described the usurper [Zionist] regime as a cancer. This cancer will definitely be eradicated, God willing, at the hands of the Palestinian people and the resistance forces throughout the region."[24]

61.     More than mere encouragement, Iran has also provided substantial financial support, weapons, ammunition, equipment, training, and logistical support to Hamas, PIJ, the PFLP, and Hezballah for the express purpose and intent to promote terrorist attacks by these groups, as described further below.

62.     A January 2021 statement by IRGC Aerospace Force commander Amir Ali Hajizadeh boasted: "All the missiles you might see in Gaza and Lebanon were created with Iran's support."

63.     U.S. officials have described the Iranian regime as the world's "central banker of terrorism."[25]

64.     The U.S. State Department's *Country Reports on Terrorism* from 2016 through the 2022 report, contain the following materially identical statement regarding Iran's support for terrorism. This example is from the 2022 report:

> Iran continued its support for terrorist activity in 2022, including support for Hizballah, U.S.-designated Palestinian terrorist groups in the West Bank and Gaza, and various terrorist and militant groups in Bahrain, Iraq, Syria,

---

[23] Middle East Media Research Institute, IRGC Qods Force Commander Qassem Soleimani in Letter Sent Prior To His Death To Hamas Military Wing Commander Muhammad Deif: Despite The Pressures And Siege, Iran Will Never Abandon Palestine (May 26, 2020), *available at* https://www.memri.org/reports/irgc-qods-force-commander-qassem-soleimani-letter-sent-prior-his-death-hamas-military-wing.

[24] *Available at* https://english.khamenei.ir/news/10146/The-usurper-Zionist-regime-is-coming-to-an-end.

[25] Rice: Iran "Central Banker" For Terror, CBS NEWS, Mar. 16, 2006, *available at* https://www.cbsnews.com/news/rice-iran-central-banker-for-terror/; Iranians Global Network, Iran Is "Central Banker" For Terrorism (Oct. 4, 2018), *available at* https://iranians.global/iran-is-central-banker-for-terrorism/.

and throughout the Middle East. Iran used the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) to provide support to terrorist organizations, provide cover for associated covert operations, and create instability in the region. Iran has acknowledged the involvement of the IRGC-QF in the Iraq and Syria conflicts, and the IRGC-QF is Iran's primary mechanism for cultivating and supporting terrorist activity abroad.

…

In 2022, Iran continued providing weapons systems and other support to Hamas and other U.S.-designated Palestinian terrorist groups, including Palestine Islamic Jihad and the Popular Front for the Liberation of Palestine-General Command. These groups were behind numerous deadly attacks originating in Gaza and the West Bank.[26]

**B.      The IRGC and Its Quds Force Form the Axis of Resistance.**

65.     Iran often provides material support to Foreign Terrorist Organizations through the IRGC and its Quds Force.

66.     The IRGC was established in the immediate wake of the 1979 Iranian revolution. The IRGC defines itself as an agent of the Supreme Leader, to which it pledges its unflinching loyalty. The IRGC leadership and the Supreme Leader both frequently speak about the IRGC as the guardian of the principles of the revolution. The IRGC is dedicated to spreading fundamentalist (Shi'a) Islamist principles throughout the world and establishing fundamentalist Islamist governments in nations other than Iran.

67.     The IRGC has its own military branches—an army, air force, navy—the purposes of which are not to defend Iran's borders, but to protect and advance the Islamic revolution, including through paramilitary operations in the Middle East.

68.     The IRGC also has a domestic militia, the Basij paramilitary force, with approximately 600,000 members.

---

[26] *Country Reports on Terrorism* at 205, 206, U.S. DEP'T OF STATE, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2023/

69.     The IRGC also holds a controlling number of positions in the Iranian government and its economy. IRGC veterans have served as governors of many of Iran's thirty-one provinces.

70.     The IRGC also controls many companies spanning a wide range of industries, including petroleum production, construction, nuclear power, banking, and others—some of the proceeds from which the IRGC uses for illicit purposes, including funding terrorism.

71.     By one U.S. government estimate, the IRGC has between 150,000 and 190,000 personnel—not including the domestic militia.

72.     The Quds Force is also one of the IRGC's branches. Among its roles are to establish, fund, equip, and train foreign Islamic revolutionary groups, including Hezbollah, Hamas, PIJ, and others.

73.     In essence, the IRGC-QF is charged with cultivating and supporting pro-Iran proxies in foreign countries and coordinating with these militant groups to conduct terrorist attacks.

74.     According to the U.S. State Department's 2022 *Country Reports on Terrorism*, "the IRGC-QF and the Ministry of Intelligence and Security remained Iran's primary actors involved in supporting terrorist recruitment, financing, and plotting across Africa, Asia, Europe, and North and South America."[27]

75.     By using these groups as proxies to carry out Iran's regional and global campaign to support terrorism, Iran seeks to further Iran's objectives to damage, weaken, and ultimately destroy both the United States and Israel.

76.     The leader of the IRGC-QF reports directly to the Supreme Leader.

---

[27] *Country Reports on Terrorism 2022* at 5, U.S. DEP'T OF STATE, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2022/.

77.    General Soleimani was the leader of the IRGC-QF from 1998 until January 2020, when he was assassinated by the United States. He was then succeeded by the current leader, Esmail Qaani.

78.    The IRGC-QF is responsible for providing material support to terrorist organizations around the world. including for purposes of attacking American citizens and U.S. interests. For example, the IRGC-QF provided the Taliban with small arms, ammunition, rocket propelled grenades, mortars, plastic explosives, and more, intending to kill and wound U.S. and NATO forces in Afghanistan. The IRGC-QF also supplied weapons and training to Iraqi militias for use against U.S. and Coalition Forces following the U.S.-led invasion of Iraq in 2003, including the use of explosively formed penetrators, improvised rocket assisted munitions, rocket-propelled grenades, sniper fire, mortars, and operational and computer security. The IRGC-QF also provided training and weapons to the Syrian military and pro-Assad forces, and IRGC-QF troops and paramilitary volunteers fought on behalf of the Assad regime. The IRGC- QF has also operated in Nigeria and Venezuela, and has attempted assassinations in the United States.

79.    Most relevant here, the IRGC-QF is the primary conduit through which Iran provides Hamas, PIJ, Hezbollah, the PFLP, and the Houthis with material support in the form of weapons, training, logistics, intelligence, and financing.

80.    The IRGC-QF also manages the above-mentioned "Axis of Resistance"—an alliance among and between Iran, Syria, Hezbollah, Palestinian terror groups (*e.g.*, Hamas, PIJ, and the PFLP), Iraqi Shi'a militias, and the Houthis.

81.    The members of the Axis of Resistance work together and conspire with and aid and abet one another (under the direction of the IRGC-QF, with its coordination and material support) toward the shared goals of weakening and, ultimately, destroying Israel and imposing

costs on the United States (including killing and injuring U.S. citizens) for seeking to maintain its influence in the region—with the goal of expanding Iranian influence in the Middle East.

82.    Since the U.S.-led invasion of Iraq in 2003, the IRGC-QF has established, trained, armed and funded various Shi'a militia to attack U.S. and Coalition Forces operating in Iraq and later to subvert and subsume the Iraqi government and complete Iraq's transformation into an Iranian client state.

83.    And as described further below, the IRGC-QF is also the primary conduit through which Hamas, PIJ, Hezbollah, the PFLP, and the Houthis receive Iranian financing, weapons, equipment, training, and logistics support.

84.    In October 2007, the U.S. State Department designated the IRGC-QF under E.O. 13224, noting its material support to Hamas, PIJ, the PFLP and "a long history of supporting Hizballah's military, paramilitary, and terrorist activities" among other terrorist groups.[28]

85.    In 2017, Congress reaffirmed these findings in the Countering America's Adversaries Through Sanctions Act, Pub. L. 115-44, § 105(a), 131 Stat. 886, 892 (2017):

> The Iranian Revolutionary Guard Corps-Quds Force (in this section referred to as the "IRGC-QF") is the primary arm of the Government of Iran for executing its policy of supporting terrorist and insurgent groups. The IRGC-QF provides material, logistical assistance, training, and financial support to militants and terrorist operatives throughout the Middle East and South Asia and was designated for the imposition of sanctions … in October 2007 for its support of terrorism.

As part of the same Act, Congress also extended these findings to the IRGC itself:

> The IRGC, not just the IRGC-QF, is responsible for implementing Iran's international program of destabilizing activities, support for acts of international terrorism, and ballistic missile program.

---

[28]    Fact Sheet, Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism, U.S. DEP'T OF STATE (Oct. 25, 2007), *available at* https://home.treasury.gov/news/press-releases/hp644

86.     In April 2019, the U.S. State Department designated the IRGC in its entirety (including the IRGC-QF) as an FTO stating that "the designation highlights that Iran is an outlaw regime that uses terrorism as a key tool of statecraft and that the IRGC, part of Iran's official military, has engaged in terrorist activity or terrorism since its inception 40 years ago."[29]

87.     At all relevant times, Iran, including through the IRGC, has provided Hamas, PIJ, the PFLP and Hezbollah with substantial material support and resources for the commission of terrorist acts, within the meaning of 28 U.S.C. § 1605A, including the October 7 Attack and the Subsequent Related Attacks.

88.     The Iran Defendants provided the material support to the terrorist organizations, operatives and agents described herein through their officials, employees, and agents, as defined in § 1605A(a), who acted within the scope of his or her office, employment, or agency.

89.     The IRGC is an organ and agent of Iran, under its complete control.

**C.     Hamas's Evolution.**

90.     Hamas is the most significant and deadly Palestinian terror organization.

91.     Hamas was formed in the Gaza Strip in December 1987 by Sheikh Ahmed Yassin and six others as an outgrowth of the Muslim Brotherhood and has the declared goals of globalizing Islam through violent jihad (holy war), eliminating Israel, and establishing an Islamist state that covers present-day Israel, the Gaza Strip, and the West Bank.

92.     Hamas's original 1988 charter states that "[t]here is no solution to the Palestinian problem except by Jihad." The document is also replete with xenophobic, antisemitic references and openly calls for a genocidal war of ethnic cleansing against Jews in "Palestine." In October 1988, in an interview to the Kuwaiti newspaper *al-Anbaa*, Khalil al-Quqa, who was then

---

[29]   Fact Sheet, *Designation of the Islamic Revolutionary Guard Corps*, U.S. DEP'T OF STATE (Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/.

considered to be the aide of Sheikh Yassin, said: "Allah gathered the Jews in Palestine not for them to have a homeland, but with the intent that it will become their mass grave." In the *Jordan Times*, on October 12, 1997, an article quoted Yassin as saying, "Hamas's goal is to establish an Islamic state on the ruins of Israel."

93.    Because of Hamas's history of conducting terror attacks, as noted above, the United States designated Hamas as an SDT in 1995, under E.O. 12947; an FTO in 1997, under 8 U.S.C. § 1189; and an SDGT in 2001, under E.O. 13224. In addition, the United States has designated numerous Hamas leaders and fundraisers as Specially Designated Nationals, thereby freezing their assets, as a result of their activities for Hamas.

94.    Since its inception, Hamas has seen itself as a direct competitor to the Palestine Liberation Organization ("PLO") and the Palestinian Authority ("PA"), which the PLO established as part of the Oslo Peace Accords in the early 1990s.

95.    Even before the Oslo Peace Accords, Hamas made great (and largely successful) efforts to take over the student councils at universities throughout the West Bank and Gaza by developing its student organization, the "Islamic Bloc" (*Al-Kutla al-Islamiya*). Hamas also prioritized taking over trade unions, commercial organizations, and the bureaucracies that control Palestinian communications institutions (such as the Palestinian Journalists' Syndicate). It also took control of the United Nations Relief and Works Agency for Palestine Refugees in the Near East ("UNRWA") in Gaza as well as various purported charitable societies and so-called "zakat" (tithing) committees in the West Bank.

96.    Hamas historically operated in the Palestinian Territories (the Gaza Strip and the West Bank), Lebanon, and Syria. It was formally pushed out of Jordan in the late 1990s (but

continues to operate clandestinely there) and currently maintains significant operations in Turkey, Qatar, and Algeria.

97.    In 2006, Hamas won the general PA elections in Gaza, attaining a parliamentary majority, and in 2007 it seized power in Gaza after a violent coup (it has held no elections since). Its takeover of Gaza resulted in the expulsion of the PA security services from the Gaza Strip in May-June 2007. From that point in time forward, Hamas maintained absolute political and military control of the Gaza Strip.

98.    Politically, Hamas is governed by a main Political Bureau (or Politburo) of approximately 15 members. From 1996 until May 2017 the Chairman was Khaled Mashal. Ismail Haniyeh then served as Chairman from May 2017 until his assassination in July 2024. In August 2024, Yahya Sinwar was selected as Chairman, and he served until he was killed on October 16, 2024.

99.    Hamas's main Political Bureau is elected by a Shura Council, which comprises members from the four local political bureaus, one each for Gaza, the West Bank, prisoners in Israel, and the diaspora.

100.    Yahya Sinwar led the Gaza Political Bureau (replacing Ismail Haniyeh) from February 2017 until he was chosen as head of Hamas's main Political Bureau in August 2024 after Haniyeh's death.

101.    Hamas's social network raises funds through "charitable" contributions. It attained its widespread power in the Palestinian Territories by providing social services to Palestinian communities while also providing regular employment for Hamas leaders and field commanders.

102.    Moreover, Hamas has used the mosques, schools, orphanages, medical clinics, sports leagues, and summer camps under its control to indoctrinate Palestinians in the Muslim

Brotherhood's ideology, to recruit young Palestinians into the ranks of Hamas, to incite violence against Israelis (and Jews specifically) and to provide logistical and operational support for its core terror apparatus, the Qassam Brigades.

103.    The Qassam Brigades commits murderous attacks within Israel, the West Bank, and Gaza. The Qassam Brigades were founded at the start of the 1990s and, before the October 7 Attack, numbered more than thirty thousand terrorists. They were directly subordinate to the top Hamas leadership, particularly in the Gaza Strip. They were (and are) responsible for perpetrating terror attacks for Hamas, and they have murdered thousands of Israeli civilians and numerous U.S. citizens.

104.    Hamas proudly proclaims its strategies of using violent attacks to terrorize the civilian population and to influence government officials in Israel and the United States. Since its founding, Hamas has launched numerous violent attacks, including bombings, suicide attacks, rocket attacks, shootings, stabbings, and vehicular attacks, in support of that aim.

105.    The Qassam Brigades are infamous for their suicide terror attacks. To take just a small set of examples: in 1996, Hamas suicide bombers killed 45 people in two separate bombings of buses on Jaffa Road in Jerusalem. In June 2001, a Hamas suicide bomber attacked the Dolphinarium disco in Tel Aviv, killing 21, the majority of whom were teenagers, and wounding more than 100. In August 2001, a Hamas suicide bombing of a Sbarro pizzeria in Jerusalem killed 16 people, including three Americans, and wounded approximately 130. In December 2001, two Hamas suicide bombers perpetrated an attack on Ben Yehuda Street in Jerusalem killing 11 and wounding approximately 188. In March 2002, a Hamas suicide bomber attacked a Passover seder at a hotel in Netanya, which included many elderly survivors of the Holocaust, killing 30 people and wounding approximately 140. In June 2002, a Hamas suicide bomber blew up bus 32A in

Jerusalem killing 19 and wounding approximately 50. In March 2003, a Hamas suicide bomber blew up bus 37 in Haifa, killing 17 and injuring approximately 53. In June 2003, a Hamas suicide bomber blew up bus 14A in Jerusalem killing 17 and wounding approximately 100.

106.    From 2007 through the October 7 Attack, Hamas also fired thousands of rockets at Israeli civilian targets, killing and wounding scores of civilians, some of whom were U.S. citizens.

107.    In the years leading up to the October 7 Attack, Hamas also expanded its efforts at hostage taking to gain leverage in negotiations with the Israeli government. Infamously, Hamas held kidnapped IDF soldier Gilad Shalit hostage for more than five years, until his release in October 2011, in exchange for 1,027 terrorists held by Israel. One of those exchanged prisoners was Yahya Sinwar who would go on to lead Hamas and mastermind the October 7 Attack. In 2014, Hamas also kidnapped, and murdered, three teenagers, including a U.S. citizen.

108.    Since 2007, when Hamas first seized control of the Gaza Strip, it has successfully subordinated the other prominent terrorist organizations that operate in its territory, most notably PIJ, the PFLP, AAMB, and the PRC.

109.    In July 2018, Hamas established a Joint Operations Room in Gaza which effectively placed PIJ, the PFLP, the PRC and other terrorist organizations under its operational control in the Gaza Strip.

110.    These organizations then participated in the annual "Strong Pillar" paramilitary exercises under Hamas's sponsorship, which included drills in which attacks against Israeli military structures and kidnappings were staged.

111.    As a result, both during the October 7 Attack and in the months of conflict in Gaza that followed, PIJ (and other Gaza-based terrorist organizations) largely acted under the direction and command of Hamas's Qassam Brigades while maintaining its unique organizational identity.

**D.      Iran Provided Material Support to Hamas Prior to October 7.**

112.    As noted above, Iran's substantial material support for Hamas is longstanding. Starting in the early 1990s, Hamas staged a representative in the Iranian capital of Tehran. Over the next 20-plus years, Iran provided material support to Hamas that has been well-documented, including in numerous court decisions.[30]

113.    A February 6, 2004, Congressional report noted that Hamas received financial aid from Iran.

114.    In December 2006, after Hamas won a majority of the legislative seats for the PA, Hamas's then "Prime Minister," Ismail Haniyeh, visited Tehran, where he met with Supreme Leader Ayatollah Khamenei and President Mahmoud Ahmadinejad. Iran reportedly gave Hamas $250 million.

115.    After Hamas violently assumed control of the Gaza Strip in 2007, three weeks of conflict broke out between Israel and Hamas beginning in December 2008 and lasting through January 2009.

116.    Iran then increased its aid to Hamas, including by providing more advanced rockets. "The victory of the people of Gaza was a miracle of God, and the Islamic Republic definitely has a share in this victory," said Khaled Mashal, head of Hamas's Political Bureau at that time.

117.    In February 2012, Ismail Haniyeh, then one of Hamas's most senior political leaders in Gaza, visited Iran. During that visit, Iranian leader Khamenei hailed the Palestinian Resistance.

---

[30]  *See, e.g.*, *Bennett v. Islamic Republic of Iran*, 507 F. Supp. 2d 117, 123-24 (D.D.C. 2007); *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286, 292-295 (D.D.C. 2003); *Weinstein v. Islamic Republic of Iran*, 184 F. Supp. 2d 13, 21-22 (D.D.C. 2002).

118.    The IRGC-QF has provided Hamas and PIJ with Fajr-5 artillery rockets, among other munitions, since at least 2012, and Syrian-made 302-millimeter rockets since at least 2014.

119.    In November 2012, Ali Baraka, Hamas's representative in Lebanon, stated in a television interview that Iran was the principal military and financial supporter of the majority of the Palestinian organizations in the Gaza Strip. Baraka further stressed that the ties between Hamas and Iran were strategic. Baraka claimed that during Israel's Operation Pillar of Defense, which occurred in November 2012, a senior Iranian official had contacted him daily for updates and had relayed that Iran was ready to provide military and other material support during the operation, in the name of its ideological and moral commitment to the cause.

120.    On November 21, 2012, Khaled Mashal, then Chairman of the Hamas Political Bureau, thanked Iran for its role in arming and funding Hamas in the Gaza Strip. At a press conference in Cairo, Egypt, shortly before the announcement of a ceasefire agreement between Israel and the Palestinian factions in Gaza, Mashal said that he was grateful for the Iranian role in aiding Gaza and thanked Iran for "arms and funding."[31]

121.    Iranian support for Hamas increased again in 2013 and 2014. "The U.S. State Department's Country Report on Terrorism 2014 notes that Iran is not shy about its willingness to finance Hamas. 'Since the conclusion of [Operation Protective Edge] … Iranian governmental officials have publicly stated their willingness to resume Iran's military support of Hamas.' The report goes on to note that 'historically, Hamas has received funding, weapons, and training from Iran.'"[32]

---

[31]  Israeli Ministry of Foreign Affairs, *Iranian Weapons in Gaza* (Nov. 22, 2012), *available at* https://www.gov.il/en/pages/iranian_weapons_in_gaza_22-nov-2012.

[32]  *See Fraenkel v. Islamic Republic of Iran*, 248 F. Supp. 3d 21, 29-30 (D.D.C. 2017) (subsequent history omitted) (quoting *Country Reports on Terrorism 2014*, U.S. DEP'T OF STATE, *available at* https://2009-2017.state.gov/j/ct/rls/crt/2014/).

122.    In 2014, *Reuters* reported that, according to diplomatic sources, Iran had previously given Hamas $250 million per year.

123.    In September 2015, the *Times of Israel* reported, "Iran has sent suitcases of cash—literally—to Hamas's military wing in Gaza…. [Iran] handed over the suitcases [of cash], by way of couriers, directly to the leaders of [Hamas]'s military wing in the Gaza Strip."

124.    The U.S. Department of State confirmed in its *2014 Country Reports on Terrorism* that "Iran continued to sponsor terrorist groups around the world, principally through its Islamic Revolutionary Guard Corps-Quds Force (IRGC-QF). These groups included Lebanese Hizballah, several Iraqi Shia militant groups, [and] ***Hamas*** …."[33]

125.    Furthermore, during the 2014 Israel-Hamas conflict, IRGC-QF commander Qassem Soleimani sent a message to Palestinian terror groups in which he pledged his support for Hamas and groups in their fight against Israel:

> Greetings to my brothers, political heads of Hamas and Islamic Jihad and all the Resistance groups… Greeting to commanders and operatives of [Izz al-Din] Al-Qassam (Hamas's military wing), Saraya Al-Quds [Palestine Islamic Jihad's military wing], Abu Ali Mostafa [PFLP], Nasser Salaheddin [Popular Resistance Committees], Al-Aqsa Martyrs Brigades [Fatah]… Just like in the past we have put into action our religious duty to support the resistance, we will continue this duty and will push on with our support and aid until the moment of victory, until the resistance on the ground, in the air and sea will be transformed into a hell for the Zionists. The murderers and the mercenaries should know that we will not withhold not even for a minute our support for the resistance and our standing behind the Palestinian nation, and that we don't have a grain of hesitation in this regard.[34]

126.    In December 2014, the spokesman of Hamas's military wing, Abu 'Ubaida, publicly thanked Iran for its funding and weapons:

---

[33] *Country Reports on Terrorism 2014*, at 8, U.S. DEP'T OF STATE, *available at* https://2009-2017.state.gov/j/ct/rls/crt/2014/.

[34] The Jerusalem Center for Public Affairs, Iran's IRGC Quds Force Commander: "The Palestinian Resistance Movement Will Make the Sea, the Land, and Skies into Hell for the Zionists" (July 31, 2014), available at http://jcpa.org/irans-revolutionary-guard/; Fars (Iran) (July 31, 2014), https://www.farsnews.com/printable.php?%20nn=13930509000094 (in Farsi).

> [W]e have only to thank those whom Allah enlisted to take part in this development… ***first and foremost the Islamic Republic of Iran***, which did not withhold from us ***funds, weapons and [other forms of aid]*** and helped us in our resistance by supplying us with missiles that pulverized the Zionist strongholds during the attacks and battles we waged against the occupier, and also supplied us with quality anti-tank missiles that crushed the legendary Zionist Merkava [tank].[35]

127.    In August 2017, Yahya Sinwar, until recently Hamas's most senior leader in the Gaza Strip, stated, "Hamas continues to train its people for the mission of liberated Palestine, and the Iranian Islamic Republic plays a central role in all that's related to this goal through financial and military aid and providing training for the Izz al-Din al-Qassam Brigades."[36]

128.    Sinwar also declared, in August 2017, that "[r]elations with Iran are excellent and Iran is the largest supporter of the Izz [a]l-D[i]n al-Qassam Brigades with money and arms."[37]

129.    Documents recently seized from Hamas offices in Gaza make clear that Iranian support for Hamas took on many forms, even beyond funding and lethal training. For example, attached as **Exhibit 1** to the Complaint is a letter from Yahya Sinwar to the HR Department of the Qassam Brigades dated September 9, 2019.

130.    In the letter, Sinwar informs the administrative staff of Hamas's terror apparatus that Iran is offering scholarships (in Iran) to 18 Qassam Brigades operatives–twelve to receive bachelor's degrees, four to receive master's degrees and two to be selected for doctorates.

---

[35]  Middle East Media Research Institute, Hamas Senior Officials At Movement's 27th Anniversary Celebrations: We Will Not Recognize Zionist Entity Or Be Satisfied With A Palestinian State Within 1967 Borders; We Thank Iran For Supplying Us With Weapons, Missiles (Dec. 16, 2014), *available at* https://www.memri.org/reports/hamas-senior-officials-movements-27th-anniversary-celebrations-we-will-not-recognize-zionist.

[36]  Lt.-Col. (ret.) Michael Segall, Hamas: Qassem Soleimani Gave Us Suitcases Stuffed with $22 Million Cash, JCFA, Jan. 7, 2021, *available at* https://jcpa.org/hamas-qassem-soleimani-gave-us-suitcases-stuffed-with-22-million-cash/.

[37]  After Syria fall-out, Hamas ties with Iran restored – Hamas Chief, REUTERS, Aug. 28, 2017, *available at* https://www.reuters.com/article/world/after-syria-fall-out-hamas-ties-with-iran-restored-hamas-chief-idUSKCN1B81LK/.

131.    Sinwar notes that fields of study will include: "computer engineering, programming, Farsi studies, political science, special forces, naval forces, or any specialty needed by the divisions and the specialties." Only terror operatives with a grade point average above 80% would be considered for the BA program.

132.    The U.S. State Department's yearly *Country Reports on Terrorism* from 2016 to its 2022 report all state that Iran provides support to Hamas, often specifying that the support included weapons, funding, and training.[38]

133.    The U.S. State Department's yearly *Country Reports on Terrorism* for 2020 noted that "Iran also provides up to $100 million annually in combined support to Palestinian terrorist groups, including Hamas, Palestine Islamic Jihad, and the Popular Front."[39]

**E.    Iran Provided Material Support to Palestinian Islamic Jihad (PIJ).**

134.    PIJ was founded in or around 1980-81 by Fathi Shiqaqi and Abd al-Aziz Awda (also known as Sheikh Obdeh).

135.    PIJ seeks "the establishment of an Islamist Palestinian state and the destruction of the state of Israel. The Islamic Jihad believes Palestinian liberation and the seizure of Jerusalem

---

[38] Country Reports on Terrorism 2016 at 304, U.S. DEP'T OF STATE, available at https://www.state.gov/reports/country-reports-on-terrorism-2016/; Country Report on Terrorism 2017 at 218, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2017/; Country Reports on Terrorism 2018 at 212, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2018/; Country Reports on Terrorism 2019 at 199, available at https://www.state.gov/reports/country-reports-on-terrorism-2019/; Country Reports on Terrorism 2020 at 200, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2022/; Country Reports on Terrorism 2021 at 214, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2021/; Country Reports on Terrorism 2022 at 206, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2022/.

[39] Country Reports on Terrorism 2020 at 304, U.S. DEP'T OF STATE, available at https://www.state.gov/reports/country-reports-on-terrorism-2020/. *See also* the 2022 report at 277: "Iran provides up to $100 million annually in combined support to Palestinian terrorist groups, including Hamas, Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command." https://www.state.gov/reports/country-reports-on-terrorism-2022/.

for the Islamic world would serve as a catalyst for a wider Islamic revolution across the Arab and Muslim world."[40]

136.    Shiqaqi and Awda were residents of Gaza who professed admiration for the Iranian Revolution.

137.    In 1981, Shiqaqi wrote a book about his admiration of the Islamic Republic of Iran.[41]

138.    Following the assassination of Egyptian President Anwar Sadat in 1981, Shiqaqi was expelled from Egypt and returned to Gaza, where he formally established PIJ.

139.    After the start of the Palestinian uprising against Israel in December 1987 known as the First Intifada, PIJ openly and loudly proclaimed the need for terrorist attacks on Israeli civilians. Consequently, the Israeli government expelled Shiqaqi and Awda to Lebanon in 1988, where they formed close relationships with Hezbollah and held press conferences with Iranian officials.

140.    Since 1988, scores of PIJ operatives from the Palestinian Territories have received Iranian military and terrorist training at bases run by the IRGC in Lebanon and in Iran itself. Iran has provided PIJ with explosives and weapons, as well as the training required to use them.

141.    PIJ's operatives soon began training at Hezbollah camps in Lebanon, under the supervision of the IRGC-QF, and carried out some joint operations with Hezbollah against Israeli forces in south Lebanon during the 1990s.

---

[40]  "Palestinian Islamic Jihad (Islamic Jihad)," attachment to "Palestinian Islamic Jihad Listed as a Terrorist Organization," Office of the Australian Attorney General, Media Release 055/2004, May 3, 2004.

[41]  PIJ and Hamas were fierce rivals in the late 1980s and early 1990s, largely a result of ideological differences relating to PIJ's affinity for—and Hamas's rejection of—Iran's central ideology, the principle of *waliyat al faqih*, that is, rule by the (Shi'a) clerisy. PIJ and Hamas have since worked together with the shared goal of attacking (and destroying) Israel.

142.    In 1993, Shiqaqi acknowledged that he received Iranian funding and channeled it to operatives in Gaza and the West Bank. "Iran gives us money and supports us," he said in an interview with *Newsday,* "then we supply the money and arms to the occupied territories and support the families of our people. Just about all of it goes there because that's where most of our organization is."[42]

143.    PIJ has long been known for executing terrorist attacks, killing and wounding hundreds of Israelis, as well as American citizens.

144.    For example, in 1995, PIJ claimed responsibility for a deadly string of terrorist attacks, including twin suicide bombings in January that killed twenty-two people in Beit-Lid, an attack in April that killed eight people in Kfar Darom, and a suicide bombing in August that killed five people in Jerusalem.

145.    By 1996, Iran's support for PIJ was at least several million dollars per year, if not more, and increased in the years since, despite the organization's relatively small size.

146.    Because of PIJ's history of conducting terror attacks, as indicated above, the United States designated PIJ as an SDT in 1995 under E.O. 12947; an FTO in 1997 under 8 U.S.C. § 1189; and an SDGT in 2001 under E.O. 13224. In addition, the United States has designated numerous PIJ leaders and fundraisers as Specially Designated Nationals, thereby freezing their assets, as a result of their activities for PIJ.

147.    In June 2002, PIJ leader Ramadan Abdullah Shallah met with Iran's Supreme Leader Ayatollah Ali Khamenei, who reportedly pledged to increase funds by 70 percent to cover expenses for suicide bombings. "The Palestinian Islamic Jihad is another fruit of the Ayatollah Khomeini's fructuous tree," Shallah reportedly said during his visit to Tehran.

---

[42] "Terrorism Inc.: Islamic Jihad Founder Admits Funding by Iran," NEWSDAY, Apr. 11, 1993.

148.    During one of the brief conflicts between Israel and Gaza-based terrorist organizations in 2012, Iran supplied PIJ with Fajr-5 rockets.

149.    Ziad al Nakhala, PIJ's deputy chairman at the time, stated to the *Paltoday* website that: "We would like to thank our brothers in Iran for the great sacrifices they made to deliver this weapon to us for the sake of defending the Palestinian people." The weapons were delivered to the Gaza Strip via Egypt, he added, noting that Iran-pledged shipments would continue in the future. "The weapons used by the resistance [PIJ] – the whole world knows that they come mostly from Iran or were purchased with Iranian funding," Shallah said.[43]

150.    That same year, PIJ relocated its headquarters from Damascus to Tehran due to the civil war in Syria.

151.    In May 2013, PIJ spokesman Daoud Shihab told *al-Monitor*, "All of the weapons in Gaza are provided by Iran, be they weapons intended for the Hamas movement or for the PIJ … everyone knows that Iran is financing us." Shihab insisted that, of the many Arab and Muslim factions that support Palestinian militancy, "the largest share of this financial and military support is coming from Iran."[44]

152.    In February 2014, Iranian officials hosted a PIJ delegation. PIJ's delegation met with Iranian President Hassan Rouhani, Foreign Minister Javad Zarif, and parliament speaker Ali Larijani. PIJ member Ramadan Abdullah was quoted during the meeting as saying "Iran has always been the main supporter of the Palestinian nation's cause and goals."[45]

---

[43] Daniel Levin, Iran, *Hamas & Palestinian Islamic Jihad*, Wilson Center, Oct. 11, 2023, *available at* https://gbv.wilsoncenter.org/article/iran-hamas-and-palestinian-islamic-jihad; The Meir Amit Intelligence and Terrorism Information Center, *Operation Pillar of Defense – Update No. 6* (Nov. 22, 2012), *available at* https://www.terrorism-info.org.il/en/20430/.

[44] Asmaa al-Ghoul, *Palestinian Islamic Jihad: Iran Supplies All Weapons in Gaza*, AL-MONITOR, May 14, 2013, *available at* https://www.al-monitor.com/originals/2013/05/gaza-islamic-jihad-and-iranian-arms.html.

[45] Adam Kredo, *Iran Hosts Palestinian Islamic Jihad Leaders*, FREE BEACON, Feb. 5, 2014, *available at* https://freebeacon.com/national-security/iran-hosts-palestinian-islamic-jihad-leaders/.

153.    In the past 15 years, PIJ's forces in Gaza have focused on developing capabilities for rocket attacks. By one estimate, between 2005 and 2015, Hamas, PIJ, and other Gaza-based militants fired more than 12,000 rockets into Israel, killing at least 10 Israelis, injuring more than 1,100, and causing more than $50 million in property damage.

154.    The U.S. State Department's yearly *Country Reports on Terrorism* from 2016 to its 2022 report, all state that Iran provides support to PIJ, often specifying that the support included weapons, financing, and training.

155.    From February 23-24, 2020, PIJ fired nearly 100 rockets toward Israel causing at least a dozen injuries. And from May 10-21, 2021, PIJ, together with Hamas, fired more than 4,000 rockets toward Israel, killing 11 civilians and one soldier.

156.    Regarding these attacks, PIJ official Ramez al-Halabi told an Iraqi television station on May 7, 2021, "I am proud to say that the rockets that are used to pound Tel Aviv have an Iranian signature on them, the signature of Qassem Soleimani [then-head of the IRGC]." He stated that PIJ militants "were trained by the IRGC and that Iranian money was used to buy weapons for the armed factions in Gaza and Lebanon." He also thanked Iran for providing "weapons, money, and food" to the Palestinian people.[46]

157.    Also in 2021, senior PIJ official Ramez Al-Halabi said that rockets used to target Israel "bear the signature of Iran and Soleimani," that the IRGC trained PIJ members, and that Iranian money was used to buy weapons in Gaza. He added that every home in Gaza has Soleimani's portrait, and "it is they [Iran] who support us with weapons, money, and food."

---

[46] Middle East Media Research Institute, *Hamas, Islamic Jihad Officials: Iran Provides Our Missiles, Weapons, Funds, And Food, Our Gunmen "Were Trained By Our Brothers In The IRGC"; Without Iran's Assistance, We Wouldn't Be Able To Fire Rockets At Tel Aviv; Qassem Soleimani Personally Oversaw Transfer Of Rockets To Gaza* (May 12, 2021), *available at* https://www.memri.org/reports/hamas-islamic-jihad-officials-iran-provides-our-missiles-weapons-funds-and-food-our-gunmen.

Meanwhile Yahya Sinwar announced Hamas's "complete gratitude … to the Islamic Republic of Iran, which has spared us and the other Palestinian resistance factions nothing in recent years. They have provided us with money, weapons, and expertise."[47]

158.    On August 5-7, 2022, PIJ fired approximately 1,100 additional rockets at Israel.

159.    Iranian leaders praised PIJ for participating in the Hamas-led October 7 Attack. In an October 8, 2023, telephone call, the late former Iranian president Ebrahim Raisi told the secretary general of PIJ, "What happened in the occupied territories and in the battle with the usurping Zionist regime was a huge, unique event in the past 70 years, and you really made the Islamic community happy with this innovative and victorious operation."[48]

**F.    Hezbollah – Iran's Most Sophisticated Proxy.**

160.    At least until recently, Hezbollah has been the dominant political and military power in Lebanon, and one of the world's deadliest terrorist organizations, as well as the world's most heavily-armed non- state actor. From Hezbollah's inception, it has had an uninterrupted agency relationship with Iran. "'Hezbollah has been Iran's proxy ever since [Hezbollah's founding], and it is estimated that,' today, 'Iran provides Hezbollah with as much as $700 million–$1 billion per year', in the form of cash, training, intelligence, and weapons."[49]

161.    The U.S. State Department's 2022 *Country Reports on Terrorism* states that "Iran continues to provide Hizballah with most of its funding, training, weapons, and explosives, as well as political, diplomatic, monetary, and organizational aid. Iran's annual financial backing to

---

[47]  *Id.*

[48]  President's phone call with SG of the Palestinian Islamic Jihad Movement, *Official Website of the President of the Islamic Republic of Iran* (Oct. 8, 2023), *available at* https://president.ir/en/147044.

[49]  *See Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 60 (D.D.C. 2018) (quoting expert testimony of Dr. Matthew Levitt).

Hizballah—which has been estimated to be hundreds of millions of dollars annually—accounts for the overwhelming majority of the group's annual budget."[50]

162.    Hezbollah first emerged during the Lebanese civil war in the early 1980s as a militia comprising Shi'a followers of Ayatollah Khomeini.

163.    From its first moments, Hezbollah received Iranian funding, training, and direction. Its terror apparatus, the Islamic Jihad Organization ("IJO"), was created, nurtured, and deployed by the IRGC in order to serve Iran's objectives.

164.    And since at least 2006, Hezbollah fighters have trained in Iran in both offensive and defensive urban warfare.

165.    Hezbollah has a deep connection to Iran's ideology and goals. It is a Shi'a organization that considers the Supreme Leader of Iran to be the leader of all Shi'ite Muslims, and as a result, in effect, Hezbollah views itself as a tool of the Iranian revolution that Iran can deploy as it wishes.

166.    Hezbollah's aims and goals were published in February 1985 in a letter entitled "The Hezbollah Program."

167.    The Hezbollah Program states: "We are the sons of the *umma* – the party of God the vanguard of which was made victorious by God in Iran.…We obey the orders of one leader, wise and just, that of our tutor and *faqih* who fulfills all the necessary conditions: Ruhollah Musawi Khomeini," who was the Supreme Leader of Iran at the time. With respect to the United States, the Hezbollah Program states:

> The US has tried, through its local agents, to persuade the people that those who crushed their arrogance in Lebanon and frustrated their conspiracy against the oppressed (mustad'afin) were nothing but a bunch of fanatic terrorists whose sole aim is to dynamite bars and destroy slot machines.

---

[50]    *Country Reports on Terrorism* at 276, U.S. DEP'T OF STATE, *available at* https://www.state.gov/reports/country-reports-on-terrorism-2022/.

Such suggestions cannot and will not mislead our umma, for the whole world knows that whoever wishes to oppose the US, that arrogant superpower, cannot indulge in marginal acts which may make it deviate from its major objective. ***We combat abomination and we shall tear out its very roots, its primary roots, which are the US. All attempts made to drive us into marginal actions will fail, especially as our determination to fight the US is solid***.[51]

168.    Hezbollah pursues those objectives through violent terrorist activity including suicide bombings, assassinations, hostage takings, hijackings, and more recently, firing rockets, mortars, and missiles.

169.    For example, Hezbollah committed infamous and deadly attacks on U.S. citizens in Beirut including the April 18, 1983, car bomb attack on the U.S. Embassy, which killed 63 Americans; the October 23, 1983, truck bomb attack on the U.S. Marine barracks, which killed 241 Americans, and the September 20, 1984, car bomb attack on the U.S. Embassy annex, which killed 24 Americans.

170.    Hezbollah is also responsible for the 1996 bombing of the Khobar Towers in Saudi Arabia, which killed 19 U.S. servicemen, and wounded 498.

171.    Hezbollah's attacks have not been limited to the Middle East region. For example, on April 12, 1984, Hezbollah attacked a restaurant near a U.S. Air Force base in Spain, killing 18 U.S. servicemen and injuring 83 people. As another example, on July 18, 1994, Hezbollah bombed the Asociación Mutual Israelita Argentina, a Jewish community center, in Buenos Aires, killing 86 people and injuring more than 200.

172.    Additionally, Hezbollah has an extremely well-funded military that is more powerful than the Lebanese armed forces.

---

[51] *Doctrine of Hezbollah*, Wilson Center, Oct. 20, 2023, *available at* https://www.wilsoncenter.org/article/doctrine-hezbollah.

173.    Since the mid-1990s, Hezbollah has launched numerous bombardments of civilian sites in northern Israel, which continue through this day. For example, in November 1995, Hezbollah fired Katyusha rockets into northern Israel. In March 1996, Hezbollah again fired rockets into northern Israel, wounding 36 people. In August 1997, Hezbollah again fired rockets on northern Israel. In July and August 2006, Hezbollah launched rockets that killed Israelis and harmed U.S. citizens.

174.    Hezbollah also engaged in border clashes with the Israeli military. On October 7, 2000, Hezbollah terrorists captured three Israeli soldiers patrolling the security fence between Israel and Lebanon. The purpose of the abduction was to ransom the soldiers in a prisoner exchange. The soldiers' bodies were returned to Israel in January 2004 in a prisoner exchange; the date and circumstances of their deaths remain unknown.

175.    In another infamous example from July 2006, Hezbollah launched an anti-tank missile attack on two armored Humvees patrolling on the Israeli side of the border fence. The attack killed three Israeli soldiers, and Hezbollah abducted two more using them to barter them for the release of Lebanese prisoners held in Israel. This led to a 34-day war between Israel  and Hezbollah. Those two soldiers' bodies were returned to Israel in a June 2008 exchange; the circumstances of their deaths remain unknown.

176.    Border skirmishes continued. For example, in August 2013, four Israeli soldiers were wounded when they stepped on a landmine placed by Hezbollah. In January 2015, Hezbollah fired missiles at an Israeli convoy—allegedly in retaliation for an airstrike in Syria that killed Hezbollah members—in the Golan Heights killing two soldiers. In September 2019, Hezbollah launched rockets into Israel targeting a military base and launched an anti-tank missile at an IDF vehicle.

177.    Hezbollah also assists the IRGC and the IRGC-QF in their terror operations outside of Lebanon.

178.    While the IRGC–QF is responsible for managing Iran's terror campaigns abroad, it lacked Hezbollah's operational and tactical experience in developing terrorist capabilities and performing terrorist attacks against a modern military force.

179.    Moreover, as an ethnically Persian, Farsi-speaking entity, the IRGC-QF was at a disadvantage in recruiting and training Arabic-speaking recruits whether Shi'a Iraqis, Yemeni Houthis, or Palestinians.

180.    For that purpose, the IRGC–QF has long turned to Hezbollah, Iran's most important terror proxy, which had hard-earned experience in running terror campaigns against the IDF in Lebanon, and which shared ethnic and cultural connections with Iraqis and to a lesser extent Palestinians.

181.    At the IRGC's direction, Hezbollah and the IRGC–QF have worked symbiotically for decades to develop Iran's proxy capabilities throughout the region—with a special emphasis on creating and strengthening Iran's "Ring of Fire" enveloping Israel.

182.    After the 2003 U.S. invasion and overthrow of Saddam Hussein's regime in Iraq, Iran directed Hezbollah to create "Unit 3800" and began devoting increasing financial resources to gain influence in Iraq and inflict casualties on American service members in Iraq.

183.    Hezbollah's Unit 3800 was established by Hassan Nasrallah, Hezbollah's then-leader (he was assassinated by Israel in 2024), at Iran's direction to support Iraqi Shi'a terrorist groups targeting Multi National Forces in Iraq.

184.    Unit 3800 trained and advised various Shi'a militias in Iraq, later termed "Special Groups."

185.    Hezbollah training camps in southern Lebanon and Iran, and Hezbollah's expertise in the use of military-grade roadside IEDs, kidnapping, communications, and small-unit operations, were critical to the IRGC's operations in Iraq between 2004 and 2011.

186.    According to U.S. intelligence estimates, following the 2007 arrest of Hezbollah's senior operative in Iraq, the IRGC-QF provided Hezbollah and one of its local trainers up to $3 million in U.S. currency every *month*.

187.    As with Hamas, Hezbollah has extensive political and social functions as well.

188.    Hezbollah formally entered politics in 1992 after the end of the Lebanese civil war and effectively gained control of Lebanon's parliament. Practically speaking, Hezbollah is the dominant force in Lebanese politics as much of its power comes from outside the political process. Moreso, Hezbollah essentially governs and controls access into certain parts of Lebanon.

189.    Socially, Hezbollah runs charities, hospitals, clinics, schools, agricultural centers, and other civil institutions. It also provides construction and urban maintenance, including providing water and sewer services, largely to reconstruct homes damaged through conflict with Israel. As with Hamas, Hezbollah's social services aid its efforts to spread propaganda, gain the allegiance of the Lebanese population, and recruit new members.

190.    Hezbollah was designated as an SDT in 1995 under E.O. 12947; an FTO in 1997 under 8 U.S.C. § 1189; and an SDGT in 2001 under E.O. 13224.

191.    In addition, the United States has designated numerous Hezbollah leaders and fundraisers as Specially Designated Nationals, thereby freezing their assets, as a result of their activities for Hezbollah.

**G.    Iran Provided Material Support to the Houthis.**

192.    The Houthi movement emerged in northern Yemen in the 1990s under the leadership of Hussein al-Houthi, dedicated to fighting the corrupt regime of Ali Abdullah Saleh.

The Houthis are Zaydi Shi'a, or *Zaydiyyah*[52] and though motivated by local and sectarian grievances, they quickly found support from the IRGC-QF because the Saleh regime was backed by Saudi Arabia (and had a working relationship with the United States).

193.     The Houthis adopted the slogan: "God is great, death to the U.S., death to Israel, curse the Jews, and victory for Islam," and came to emulate Hezbollah, widely seen as a role model for a successful "resistance" (terrorist) organization in the Middle East.

194.     The Houthis' Ansarallah movement seeks to replicate Hezbollah's perceived success—reflected in the fact that when the Houthi leader, Badr al-Din, died in 2010, he passed over five older sons to elevate the Houthis' current leader, Abdul-Malik, who had joined him on multiple visits to Iran and shared his vision of a Hezbollah-inspired Islamic revolution.

195.     In 2011, the Houthi movement was part of a national uprising that overthrew Saleh, but ultimately replaced him with Abdrabbuh Mansour Hadi, who had been Saleh's vice president (and a Sunni Muslim backed by Saudi Arabia).

196.     Much of Yemen's army remained loyal to Saleh even after he was deposed, and he eventually joined forces with the Houthis and captured Yemen's capital, Sanaa, in January 2015.

197.     In March 2015, the Saudis attempted to prevent the Houthi-Saleh rebellion from consolidating control of the country and forged a coalition to back them that included the United Arab Emirates, Bahrain, and other traditional Saudi allies.

198.     The war pushed the Houthis and Iran and Hezbollah closer together.

199.     For more than a decade, the Houthis have evolved into an integral part of Iran's Axis of Resistance. General Abdul Reza Shahlai, a deputy commander in the IRGC-QF

---

[52]  Shi'a Muslims are a minority within the Islamic world and Zaydis are a minority sect within Shi'a Islam, doctrinally different from the Ayatollahs who rule Iran. The *Zadiyyah* take their name from Zayd bin Ali, the great- grandson of Ali, Muhammad's son-in-law, who is revered by all Shi'a communities.

responsible for orchestrating the deaths of hundreds of U.S. service members in Iraq from 2004 to 2011, was dispatched to Yemen to work with the Houthis perhaps as far back as 2015, though the United States only confirmed his presence there in December 2019.

200.    A Hezbollah military commander was similarly dispatched from Syria in 2015, and in October 2020, an IRGC-QF officer was appointed as Iran's ambassador to Yemen.

201.    The Houthis rely on Iran and the Axis of Resistance to retain certain capabilities crucial to their continued success in Yemen, and they have long presented Iran with an opportunity to threaten Saudi Arabia's southern border and expand Iranian influence into the Red Sea.

202.    The IRGC-QF smuggles key components for missiles and UAVs into Yemen, where the Houthis have been taught to assemble them locally.

203.    On November 4, 2017, the Houthis fired a ballistic missile at the international airport in Riyadh. The Saudi Foreign Minister, Adel al Jubeir, called the attack an act of war by Iran. "It was an Iranian missile, launched by Hezbollah, from territory occupied by the Houthis in Yemen," he said.

204.    In response to the attack, Saudi Arabia imposed a near-total blockade on Yemen.

205.    After almost three years of brutal warfare, Saleh broke with the Houthis (again) and was killed shortly thereafter on December 4, 2017.

206.    In 2018, Houthi missile attacks on Saudi Arabia became increasingly common.

207.    On October 19, 2023, as part of the Axis of Resistance's combined efforts to respond to Israel's foreseeable and anticipated response to the October 7 Attack and expand the conflict initiated by that Attack, the Houthis launched 19 cruise missiles and drones toward Israel. All but one was apparently intercepted by a U.S. navy destroyer.

208.    On October 27 and 31, Israel intercepted several attack drones and an Iran-made Zolfaqar Medium Range Ballistic Missile, which was intercepted by an Israeli Arrow 2 interceptor missile near Eilat.

209.    The Houthis also launched at least eight salvos of cruise missiles and long-range explosive drones at Israel, focused on the southern port of Eilat.

210.    In parallel to strikes on Israel, the Houthis attacked shipping and U.S. military vessels in the Red Sea.

211.    On November 14, 2023, the Houthis escalated again by threatening to attack Israeli vessels in the Bab al-Mandab Strait and Red Sea.

212.    On November 19, 2023, a helicopter-borne Houthi assault team and more than a dozen speedboats seized an Israeli-owned tanker called the Galaxy Leader.

213.    On July 19, 2024, the Houthis launched a drone strike on Tel Aviv that killed one person and wounded more than a dozen other people.

214.    The drone, named "Jaffa" by the Houthis, was an extended-range Iranian-made Sammad-3 drone that flew across Egypt, arriving from the west, over the Mediterranean coast to evade Israeli air defense systems.

215.    Since then, the Houthis have launched numerous attacks on Israeli territory, most of them unsuccessful. However, on May 4, 2025, the Houthis struck Israel's main civilian airport with a ballistic missile that injured several civilians.

### H.    Iran Provided Material Support to the Popular Front for the Liberation of Palestine (PFLP)

216.    The Popular Front for the Liberation of Palestine (PFLP) is an FTO based in the Gaza Strip and the West Bank.

217.    It combines Arab nationalism with Marxist-Leninist ideology, viewing the destruction of Israel as integral to the struggle to remove Western capitalism from the Middle East and ultimately establish a Communist Palestinian state in its place.

218.    The PFLP is also part of the Palestine Liberation Organization and maintains a variety of front organizations for political and fundraising purposes, including Samidoun, a sham charity that serves as one of its most important international fundraisers.

219.    The PFLP carried out attacks across the world during the 1970s and was actively involved in numerous terrorist attacks in Israel during the Second Intifada from 2000 to 2005, including suicide bombings.

220.    Because of PIJ the PFLP's history of conducting terror attacks, as indicated above, the United States designated the PFLP as an SDT in 1995 under E.O. 12947; an FTO in 1997 under 8 U.S.C. § 1189; and an SDGT in 2001 under E.O. 13224. In addition, the United States has designated the PFLP leaders and fundraisers as Specially Designated Nationals, thereby freezing their assets, as a result of their activities for the PFLP.

221.    The U.S. State Department's yearly *Country Reports on Terrorism* from 2016 to its 2022 report, all state that Iran provides support to the PLFP, often specifying that the support included weapons and financing. Prior to October 7, the PFLP in Gaza placed itself under the overall command of Hamas as part of the so-called Joint Operations Room.

222.    The PFLP's terror cells operating in PA-controlled territory (including Gaza), received funding and training from the IRGC and Hezbollah.

223.    In June 2021, a PFLP delegation, including its Deputy Secretary-General, Abu Ahmad Fouad (a/k/a Ahmad Muragha), attended the swearing in ceremony for the late Iranian president, Ebrahim Raisi.

224.    Raisi stressed that "Iran stands with all its capabilities alongside the Palestinian resistance to achieve its goals."

225.    PFLP representatives also met with the Iranian ambassador to Syria in June 2023 to affirm its commitment to the "Axis of Resistance" and discuss continued Iranian support for the PFLP and their joint efforts against Israel and the United States.

226.    On October 7, 2023, the PFLP posted several pictures on its official telegram channel, *Abu Ali Mustafa Brigades*. They showed PFLP operatives attacking Israeli targets.

227.    The PFLP also issued the following statement:

Cells of the martyr Abu Ali Mustafa Brigades stormed several [military] points in the Gaza envelope and have inflicted verified losses in the Zionist ranks. The cells have returned safely to their bases, and other cells are operating in the field now to inflict more losses in the ranks of the occupation army troops and the herds of their settlers.

228.    That same day the PFLP's terror apparatus, the so-called "Abu Ali Mustafa Brigades," also issued a statement:

"The Al-Aqsa flood" campaign is a campaign of the Palestinian people in all its resistance forces. In light of the heroic sights made possible by the heroes of the resistance inside the occupied lands…we in the Abu Ali Mustafa Brigades emphasize the following: We announce a state of maximum mobilization within the ranks of our fighters, and we work on the field on the ground (sic) in several axes side by side the comrades of blood and arms. We stand with our brothers in the [Izz ad-Din] Al-Qassam Brigades and with all the resistance forces, and fight alongside them this campaign which will be noted in history. We call upon all resistance forces inside and outside of Palestine to take their positions in the trenches of confrontation which stretch now throughout all the area. Glory to the martyrs and victory to the resistance…[53]

229.    On October 7, 2023, the PFLP's official website also posted the following statement:

On this day, the nature of the conflict and the dignity of the Arab nation are regained…. [the] PFLP calls the sons of our heroic people across Palestine

---

[53] *Available at* https://tinyshorten.com/GovmW.

to actively participate in the 'Al-Aqsa flood' campaign, each from his location and with whatever means he possesses, in order to bring an onslaught on the enemy's army and its settlers…and to hail attacks on them in every inch of the land of Palestine. The Front emphasized its call to all who carries arms, and especially the sons of the [PA] security forces to join in the campaign of the Palestinian people against its enemy and to position themselves in the natural place of every free Palestinian that fights to end the occupation….

230.    The next day, the PFLP posted a video, "scenes from the storming of the martyr Abu Ali Mustafa Brigades' fighters into military installations of the enemy, east of Khan Younis [on the border with Israel]."

231.    The U.S. government has confirmed that the PFLP was one of the terrorist organizations that "participat[ed] in the horrific attacks against Israeli civilians on October 7, 2023."[54]

232.    The U.S. Attorney General announced findings that "Hamas perpetrated the October 7 attack as a large-scale invasion of southern Israel, in conjunction with Palestinian Islamic Jihad and other Palestinian militia groups."[55]

**II.    Syria Provided Material Support to the IRGC, Hezbollah, Hamas, PIJ and PFLP.**

233.    Syria has long provided Hezbollah, Hamas, PIJ, PFLP, and other terrorist organizations with material support and resources for the purpose of facilitating acts of extrajudicial killing, torture, hostage taking, and other acts of terrorism to further its policy and agenda against Israel. That support included financial support, weapons, logistics, transport, training, and sanctuary in Syrian-controlled territory.

234.    In addition, eastern Syria served as a "land bridge" connecting Iran and its IRGC

---

[54] Press Release, *United States and Canada Target Key International Fundraiser for Foreign Terrorist Organization PFLP*, U.S. DEP'T OF THE TREASURY (Oct. 15, 2024), *available at* https://home.treasury.gov/news/press-releases/jy2646.

[55] Memorandum, *ESTABLISHMENT OF JOINT TASK FORCE OCTOBER 7*, U.S. Dep't of Justice (Feb. 5, 2025), *available at* https://www.justice.gov/ag/media/1388516/dl?inline.

to Syria and Lebanon via Iraq. Syria facilitated the free movement of IRGC and IRGC-backed personnel, supplies, and weapons across borders, which enabled the rapid deployment and resupply of Iran's proxy groups, including Hezbollah, Hamas, PIJ, and the PFLP.

235.    For example, weapons and funds provided by Iran to Hezbollah passed through Syria with the knowledge, encouragement and aid of the Syrian Military Intelligence, Syrian Armed Forces, and the Syrian Ministry of Defense, which continuously allowed weapons to transit through Syrian territory to Hezbollah, Hamas, and other Iranian-backed terrorist organizations.

236.    Syria also permitted Iran to use military and civilian airfields in Syria. For years, and in the weeks and months leading up to October 7, both civilian and military flights from Iran flew to Damascus International Airport delivering weapons on civilian transport to the Lebanese border, where they were handed over to Hezbollah, and later dispersed throughout Lebanon, including to Hamas. In recent years, those arms included advanced rockets, surface-to-surface missiles, and anti-aircraft systems

237.    Syria provided the material support to the terrorist organizations, operatives and agents described herein through its officials, employees, and agents, as defined in § 1605A(a), who acted within the scope of their office, employment, or agency.

A.    **Syria Provided Material Support to Hamas Prior to October 7, 2023.**

238.    As discussed below, relations between Syria and Hamas were strained after the outbreak of the Syrian civil war in 2011, but prior to that time, the Syrian regime maintained a longstanding supportive relationship with Hamas, PIJ, and the PFLP.

239.    During the early to mid-1990s, Syria's extensive support helped establish the foundation for Hamas's operational and organizational capabilities. This consistent backing throughout the 1990s and 2000s was instrumental in enabling Hamas to execute large-scale operations.

240.    The Syrian regime's continuing support for Hamas was confirmed by the U.S. Treasury Department on November 20, 2018, when it designated nine targets belonging to an international network through which the Iranian regime, working with Russian companies, provided millions of barrels of oil to the Syrian government which, in turn, "facilitate[d] the movement of hundreds of millions of U.S. dollars (USD) to the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) for onward transfer to HAMAS and Hezbollah."[56]

241.    Moreover, because the Syrian regime was highly dependent on Iran and the IRGC for its survival, Syria continued to provide material support to Hamas and PIJ even during periods of temporary tension with those organizations.

242.    For example, in a December 31, 2020, interview with *Al-Mayadeen* TV, PIJ Secretary-General Ziad Al-Nakhalah said: "We have had the Kornet [missile] in our possession since 2012, as have our brothers in Hamas. In all the campaigns [against Israel]… the resistance has used them…. All the conventional weapons reached [Gaza] via Al-Hajj Qassem Soleimani, Hezbollah, and Syria, and the entire [resistance] axis played a part in transporting them…. There are training camps in Syria where our brothers in Hamas received special training to produce the rockets…" Nakhalah said that Soleimani had personally "supervised and directed the transfer of the missiles to Gaza [and had] travelled among several countries to persuade them [to help with this]…."[57]

---

[56]  *See* Press Release, U.S. DEP'T OF THE TREASURY, *Treasury Designates Illicit Russia-Iran Oil Network Supporting the Assad Regime, Hizballah, and HAMAS* (Nov. 20, 2018), https://home.treasury.gov/news/press-releases/sm553.

[57]  https://www.memri.org/reports/hamas-islamic-jihad-officials-iran-provides-our-missiles-weapons-funds-and-food-our-gunmen#_edn8.

243.    Additionally, on January 23, 2018, KAN News reported that Iran had ordered Hamas to establish a force in Syria that would be able to fire rockets into Israeli territory to exert pressure in the event of a war.[58]

244.    As described more fully below, after Hamas fully reconciled with the Assad regime in 2022, Syrian support for Hamas increased significantly.

245.    In an interview with the Egyptian website *Al-Masir* on January 2, 2024, the Hezbollah official in charge of Palestinian relations revealed that Hamas fighters were "*trained in Lebanon, Syria and Iran*," adding "*It is no secret that Iran trained them in [the use of] all the weapons they employ. This [fact] is now known to all….*"[59]

246.    On January 8, 2024, the IDF announced that it had killed Hassan Akasha in Beit Jen, Syria, in a targeted assassination. Akasha was responsible for Hamas launching rockets from Syrian territory towards Israel in the preceding weeks. Since the beginning of the war, Akasha directed Hamas terror cells that fired rockets from Syria toward Israel.

247.    On September 28, 2024, the IDF announced it had eliminated the head of Hamas's network in southern Syria, whom it referred to as Ahmad Muhammad Fahd, in a targeted airstrike, once again demonstrating that Syria was used as a Hamas base of operations both before and after the October 7 Attack. Ahmed Muhammad Fahd, according to the military, was responsible for directing attacks on troops and against the country, mostly with rocket fire on the Golan Heights. According to the IDF, "Fahad was eliminated while he was planning to carry out another terror attack in the immediate time frame."

---

[58] https://www.kan.org.il/content/kan-news/defense/232792/.
[59] https://www.memri.org/reports/senior-hizbullah-official-interview-egyptian-website-hamas-operatives-were-trained-lebanon.

**B.      Syria Provided Material Support to PIJ Prior to October 7, 2023.**

248.    In the 1990s, PIJ depended primarily on Syria for military and financial means as well as for its base of operations. PIJ's headquarters was in Damascus where former PIJ Secretary-General Ramadan Abdullah Shallah operated along with his deputies, beginning in 1995.[60]

249.    Since then, Syria has provided consistent, continuous, and substantial political, military, and financial material support to PIJ, including training, financial resources, weaponry, political propaganda, and sanctuary.

250.    Syria allowed PIJ to set up its headquarters and operate freely in Damascus.

251.    Syria hosted military/terrorist training camps for PIJ recruits, specifically using Syrian army basis and facilities.

252.    Syria provided a safe haven for senior PIJ terrorist leaders and regularly allowed weapons used directly and indirectly by PIJ to pass through Syria with government knowledge and assistance.

253.    Syria's government ministries have worked in conjunction with PIJ and used its military intelligence to provide logistical support for coordinating, planning, and executing terror attacks against Israel and its population from the safety of Syrian soil.

254.    According to the U.S. Department of State's *Country Reports on Terrorism*, from 2000 to 2010, Syria "provided the PIJ with safe haven." Moreover, according to the U.S. State Department *Country Report on Terrorism* from 2009, Syria "provided political and material support to Hizballah in Lebanon and allowed Iran to resupply this organization with weapons, and provided safe-haven as well as political and other support to a number of designated Palestinian

---

[60]   Shallah was designated by OFAC on November 27, 1995. *See* https://www.govinfo.gov/content/pkg/FR-1995-11-27/html/95-28724.htm.

terrorist groups, including HAMAS, Palestinian Islamic Jihad (PIJ), and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC)."[61]

255.    The U.S. State Department's *Country Reports on Terrorism* from 2011 confirms that "The external leadership of Hamas, the Palestine Islamic Jihad (PIJ), the Popular Front for the Liberation of Palestine (PLFP), and the Popular Front for the Liberation of Palestine- General Command (PFLP-GC), among others, were based in Damascus and operated within Syria's borders ... Statements supporting terrorist groups like Hamas and Hizballah consistently permeated government speeches and press statements. [...] President Bashar al-Asad continued to express public support for Palestinian terrorist groups as elements of the resistance against Israel. Damascus provided exiled individuals safe haven in Syria."[62]

256.    Throughout 2015-2022, the State Department's *Country Reports on Terrorism* consistently found that "PIJ receives financial assistance and training primarily from Iran. PIJ has partnered with Iran- and Syria-sponsored Hizballah to carry out joint operations."[63]

257.    After the outbreak of the Syrian civil war in 2011, PIJ maintained its base in Syria and its alliance with the regime. PIJ claimed neutrality and refrained from directing any criticism against the Syrian regime. In early August 2012, both Shallah and his deputy, Ziyad al-Nakhala, temporarily left Damascus and moved between Beirut, Cairo, and Tehran. This took place only weeks after the PIJ leadership had turned down an offer from Qatar to move to Doha, like Hamas—instead, PIJ decided to remain in Syria.

---

[61] https://2009-2017.state.gov/j/ct/rls/crt/2009/index.htm
[62] https://2009-2017.state.gov/j/ct/rls/crt/2011/index.htm
[63] https://2009-2017.state.gov/j/ct/rls/crt/.

258.    Reports stated that the PIJ eventual departure from Syria was an issue of security and not of a political realignment, and that the move was made after consultation with Iran and Hezbollah.[64] Indeed, the relations between the PIJ and the Syrian regime remained good.

259.    Since 2012, PIJ leaders have moved between Syria and Lebanon. Shallah suffered a stroke in 2018 and was succeeded by Ziyad al-Nakhalah.

260.    When Shallah died in 2020, he was buried in Damascus. During the funeral, al-Nakhalah told the Beirut-based *Al-Mayadeen* TV: "We pledge to continue the route of resistance until we liberate Palestine with the allies in Syria, Iran and Hezbollah."

261.    On October 6, 2022, PIJ celebrated its 35th anniversary in Damascus, with the participation of Syrian regime officials.

262.    Akram al-Ajouri, PIJ Deputy Secretary General and leader of the Al-Quds Brigades (PIJ's terrorist apparatus, which took part in the October 7 Attack), is also based in Damascus. On November 12, 2019, the Israeli Air Force targeted Ajouri in his home in Damascus, but he survived the strike.

263.    Al-Ajouri was designated by the U.S. Department of State on November 14, 2023, for coordinating recruitment and militant training for PIJ in Gaza, Syria, Sudan, Lebanon, and Yemen.[65]

264.    On March 19, 2023, Ali Ramzi Al-Asoud, a senior member of PIJ's terrorist apparatus was killed in the al-Qadisiyyah area in Damascus.

265.    On May 4, 2023, Syria hosted Iranian President al-Raisi for a meeting with PIJ leader al-Nakhalah and Hamas leader Khalil al-Hayya, along with other senior members of Hamas

---

[64]  Erik Skare - A History of Palestinian Islamic Jihad, Faith, Awareness, and Revolution in the Middle East-Cambridge University Press (2021) p. 192.
[65]  https://2021-2025.state.gov/designating-additional-hamas-and-palestinian-islamic-jihad-officials-and-supporters/.

and PIJ. In the meeting, Raisi urged the acceleration of "the defeat of the Zionist regime and the liberation of the holy Quds and the sovereignty of the Palestinians over their destiny." During his two-day visit, Raisi and Syria also signed a series of long-term cooperation agreements on oil and other sectors.

266.    On July 2, 2023, Hossein Akbari, the Iranian ambassador to Syria, met with a PIJ delegation headed by Nafez Azzam, the secretary of the PIJ's political bureau. The meeting was held at the PIJ's general secretariat office in Damascus.

267.    On October 6, 2023, one day before the PIJ participated in the October 7 massacre, the PIJ celebrated its 36th anniversary with rallies and military parades in Gaza, Damascus, Yarmouk, and Beirut.[66]

268.    On October 22, 2023, PIJ announced that four of its operatives, two from Syria and two from Lebanon, had been killed one day earlier during activity in "northern Palestine." The announcement featured pictures of the four operatives, with three of them in PIJ uniform.

269.    On December 7, 2023, PIJ reported the death in South Lebanon of two operatives from the Khan Danoun camp near Damascus, who were members of the PIJ's Syria- based Shahid Ali Al-Aswad Brigade.

270.    On April 1, 2024, a meeting between senior Iranian intelligence officials from the IRGC and PIJ to discuss the war in Gaza took place near the Iranian consulate in Damascus. Those attending the meeting, including Akram Ajouri, were the target of an IDF airstrike that day.

271.    On August 28, 2024, Faris Qasim, a senior PIJ terrorist operative was killed with two other operatives from PIJ's Jerusalem Brigades' Syrian branch "while carrying out their jihad

---

[66]  https://www.maannews.net/news/2102218.html;  https://www.almanar.com.lb/11000046.

duty." He was responsible for formulating PIJ's operational plans in Syria and Lebanon, and participated in recruiting Palestinian terrorist operatives for Hezbollah.

272.    On November 14, 2024, the IDF carried out a strike on the PIJ headquarters embedded in the Mazzeh suburb of Damascus, killing several PIJ members.

273.    On November 15, the IDF struck Mazzeh again, targeting PIJ members.

**C.    Syria Provided Material Support to Hezbollah Prior to October 7, 2023.**

274.    Hezbollah has long been an ally of the former Ba'ath government of Syria, and its ruling Assad family, as constituent members of the Iranian-led Axis of Resistance.

275.    In 2000, after the death of longtime Syrian President Hafez al-Assad, his son Bashar al-Assad upgraded relations with Hezbollah and began providing Syrian weapons directly to the terrorist organization, removing controls that had been imposed by his father.

276.    During the 33-day war (July 12-August 14, 2006) between Israel and Hezbollah, Syria provided significant material support to Hezbollah.

277.    On August 3, 2006, during a televised speech, Hezbollah leader Hassan Nasrallah acknowledged that a day earlier (August 2), Hezbollah had fired "more than 300 missiles" into northern Israel.

278.    On July 22, 2006, then-President George W. Bush stated in his weekly Saturday radio address that "For many years, Syria has been a primary sponsor of Hezbollah and it has helped provide Hezbollah with shipments of Iranian-made weapons."

279.    Years later, during a 2014 interview with senior editors from the pro-Hezbollah Lebanese daily *Al Akhbar*, Hezbollah leader Hassan Nasrallah praised Damascus for continuing to supply weapons during the 2006 war.

280.    Additionally, in 2016, Iran's Beirut-based Chief of Staff armed forces Major General Mohammad Bagheri confirmed in an interview that Hezbollah had employed Iranian-made missiles manufactured in Aleppo, Syria, during the July 2006 war with Israel.

281.    Hezbollah also played a significant role in the Syrian civil war, which further transformed Hezbollah's fighters into a capable, disciplined, and deadly fighting force.

282.    In 2011, when the Syrian civil war began, Hezbollah's involvement was initially limited to providing advisory and logistical support to the Assad regime and other pro-Assad forces fighting against Sunnis, including by helping to facilitate training by the IRGC-QF.

283.    Despite the public funerals for Hezbollah fighters killed in Syria, Nasrallah denied that Hezbollah was fighting alongside the Assad regime in a speech in mid-October 2012. Instead, he stated that Hezbollah fighters were in Syria of their own accord to defend Lebanese Shi'a living in villages near the border.

284.    On August 10, 2012, however, the United States sanctioned Hezbollah under E.O. 13582—an Executive Order specifically related to the Syrian civil war—for "providing training, advice and extensive logistical support to the Government of Syria's increasingly ruthless efforts to fight against the opposition." The press release also stated that Hezbollah "coordinated its support to the Government of Syria with the IRGC-QF … which serves as a conduit for Iran's material support to the Syrian General Intelligence Directorate."

285.    In early 2013, Hezbollah's participation in the Syrian civil war intensified. In April 2013, Nasrallah made two trips to Tehran where he met with Soleimani (then head of the IRGC-QF), Khamanei, and other senior Iranian officials, where Nasrallah was pressed to deepen Hezbollah's participation in Syria.

286.    That same month, Hezbollah led a ground assault, in coordination with the Syrian Army, to recapture part of the Syrian city of Al-Qusayr.

287.    On May 25, 2013, Nasrallah publicly acknowledged Hezbollah's fighting in Syria, pledging that his group would "not allow Syrian militants to control areas that border Lebanon" and confirming Hezbollah was fighting in the strategic Syrian town of Al-Qusayr.

288.    By 2014, Hezbollah was deployed across Syria and opened training camps there, taking an active role in preventing Al-Nusra Front and Islamic State penetration into Lebanon.

289.    Until Hezbollah partially withdrew from Syria in 2019, Hezbollah forces continued to fight directly on behalf of pro-Assad forces, including in Homs, Aleppo, and Damascus—in addition to continuing to provide training, advice, and logistical support and facilitating the IRGC-QF's role.

290.    These years of fighting in the Syrian civil war made Hezbollah a more experienced and effective fighting force, far more prepared to face Israel's armed forces.

291.    Fighting for the Assad regime, however, meant that Hezbollah was responsible for killing Sunni Arabs. This created tensions with Palestinian terrorist organizations.

292.    As described below, Hamas worked to repair its relationship with the Assad regime in Syria in 2022 to strengthen its position within the resistance axis. This reconciliation effort was supported by Iran's IRGC-QF, which provided financial backing, and facilitated by Hezbollah's Hassan Nasrallah. The improved relationship with Syria, alongside strategic partnerships with Iran and Hezbollah, was seen by Hamas leadership as significantly enhancing its position and military capabilities prior to, and essential to the success of, the October 7 Attack, which Syria immediately praised.

**D.    Syria Provided Material Support to the PFLP Prior to October 7, 2023.**

293.    Syria has allowed the PFLP to maintain its headquarters in Damascus since at least 1982, providing the group with invaluable protection from Israeli security operations and international pressure.

57

294.    After Israel's targeted killing of PFLP Secretary-General Abu Ali Mustafa in 2001 and the imprisonment of his successor Ahmad Saadat, many senior PFLP leaders began operating from Syria rather than remaining in the Palestinian Territories.

295.    Deputy Secretary-General Abu Ahmad Fouad (*de facto* leader after Saadat's imprisonment) has acknowledged the importance of Syrian sanctuary, noting in 2013 that PFLP leadership faced constant threats of assassination in the Palestinian Territories.

296.    The PFLP reciprocated by supporting the Assad regime during the Syrian civil war, despite only a small percentage of Palestinians supporting the regime.

297.    In 2014, at the height of the Syrian civil war, a PFLP spokesman publicly threatened retaliation against Israel if it attacked Syria, explicitly acknowledging that Syria "embraced us and trained our fighters."

298.    Syria facilitated coordination between the PFLP and the IRGC.

299.    Following the 2020 assassination of IRGC-QF commander Qassem Soleimani, the PFLP made statements discussing meetings between PFLP leaders and Soleimani, as part of commemorations and discussions about his role in supporting various Palestinian groups.

300.    Specifically, Abu Ahmad Fouad described how PFLP leaders met repeatedly with Soleimani.

301.    According to Fouad, the IRGC provided the PFLP with arming, training, manufacturing, and financing which was in collaboration with Syria.

302.    Iran reportedly increased funding to the PFLP as a reward for its support of the Assad regime during the Syrian civil war.

303.    Syria's support enabled the PFLP to maintain operational capabilities.

304.    For example, during the Second Intifada (2000-2005), the PFLP claimed responsibility for over 100 terrorist operations in the first year and conducted four suicide bombings, which would have been near impossible without Syria's external support and sanctuary.

305.    Without Syrian sanctuary and support, the PFLP would likely have declined in relevance, lost recruits to rival groups, and had diminished capability to conduct operations.

306.    According to U.S. State Department assessments, the PFLP and its factions continue to receive funding, training, and safe haven from the Syrian government.

307.    They participated in the October 7 Attack alongside Hamas and other allied Palestinian factions.

## III.    Iran Specifically Financed, Supported, And Approved the October 7 Attack.

308.    The massacres of October 7, 2023, and the ensuing conflict, were the culmination of a multigenerational terror campaign sponsored by Iran, implemented by the IRGC, and spearheaded by Hamas, intended as a first salvo in a final campaign to destroy the State of Israel.

### A.    Hamas Begins to Emulate Hezbollah.

309.    Hamas seized full control of the Gaza Strip in 2007 from the Fatah-dominated Palestinian Authority ("PA") using its Qassam Brigades and other paramilitaries to drive PA security services from the Strip.[67] It executed Fatah supporters after the 2007 takeover, raided the PA's former offices, and suppressed all threat to its rule through murder, torture, and indefinite detention.

310.    Hamas then began a transition from a terrorist organization whose operational capabilities were the product of Qassam Brigades terror cells operating under the overall command

---

[67]    "Fatah" is a reverse acronym for the Arabic translation of the "Palestinian National Liberation Movement"— the largest Palestinian faction behind the PLO and the Palestinian Authority. Though virulently anti-Israel, its leadership initially supported the Oslo Peace Accords with Israel (which were opposed from the outset by Hamas and PIJ).

of the organization's political leadership to an organization that controls territory and oversees a paramilitary organization capable of launching significant rocket attacks on Israel, and one ultimately able to perpetrate the October 7 Attack.

311.    That transition was the product of: (1) Hamas's sole control of Gaza's territory following the Israeli government's withdrawal from Gaza in 2005, (2) lessons Hamas learned in successive smaller scale conflicts with Israel between 2009 and 2021, and (3) guidance and support from the IRGC-QF and Hezbollah, including significant financial support, tactical training, intelligence sharing, strategic planning, and the provision of new, advanced weapons to further threaten Israel.

312.    Once Hamas gained full control of the Gaza Strip in 2007, it made concerted efforts to adopt Hezbollah's operational structures.

313.    Like Hezbollah, Hamas had succeeded in subverting and ultimately taking over governmental functions, and like Hezbollah it had grown from a lethal terrorist organization operating with political and social infrastructure to a *de facto* governing authority with a near monopoly on force and concrete control of territory.

314.    Hamas admired how Hezbollah had driven the IDF out of southern Lebanon in the late 1990s and established the nascent Radwan Force in the 2000s.[68] It also admired how, unlike Hezbollah's original Islamic Jihad Organization ("IJO") cells, the Radwan Force operated more like conventional army and special forces units, rather than terror cells.

---

[68]    The Radwan Force is named in honor of the late Imad Mughniyeh, the long-time head of Hezbollah's IJO, who was assassinated in a joint U.S.-Israeli operation in 2008. Mughniyeh was known as "Hajj Radwan." The Radwan Force was likely responsible for kidnapping three Israeli soldiers in July 2006, which triggered the 2006 Lebanon War.

315.    Hamas's Qassam Brigades, then led by Ahmed Jabari (assassinated by Israel on November 14, 2012), Muhammad Deif, and Marwan Issa, began attempting to replicate the Radwan Force and build its own semi-conventional forces as a strategic offensive capability.

316.    Emulating and with guidance from Hezbollah, Hamas began positioning military infrastructure in dense population centers and in (and under) schools and hospitals; using civilians as human shields for terrorist operatives (both to deter Israeli reprisals and to use the suffering of its own civilians to place diplomatic pressure on Israel); directing rocket and mortar fire against Israeli population centers; and conducting training exercises and public military displays both to improve the organization's operational readiness and as a propaganda tool to legitimize its rule.

317.    In 2012, Israeli intelligence uncovered a Hezbollah plan (funded and supplied by the IRGC) whose objective was to seize and hold territory in northern Israel. The plan called for the Radwan Force to infiltrate from Lebanon into Israel (in part using undetected tunnels running beneath the Israeli-Lebanese border), enter Israeli communities, and establish defensive perimeters using Israeli civilians as human shields to withstand the IDF's counterattacks. The sheer ambition of the plan and the evidence that the IRGC-QF had approved its objectives, not only confirmed that Hezbollah was no longer content with using insurgent tactics to wage a low-intensity war with Israel along the Lebanese border, but also signaled Iran's willingness to escalate its "Ring of Fire" policy when opportunities presented themselves.

318.    Yahya Sinwar took overall control of the leadership of the Qassam Brigades in 2012 in the Gaza Strip (Muhamad Deif and Marwan Issa remained its most senior operational

commanders), and in late 2012, he paid a secret visit to Tehran.[69] Before then, Sinwar had been in Israeli prison from 1988 to 2011 until he was released[70] in the Gilad Shalit prisoner exchange.

319.    Sinwar and Hamas took note of Hezbollah's aspirations and growing capabilities, including Hezbollah's ambitious 2012 plan to infiltrate Israel.

320.    Hamas's military continued to develop significant ground forces, an extensive tunnel network to conceal its rocket launchers, and command and control capabilities, all of which were in place well before 2014 fighting between Hamas and Israel in Gaza and Israel.[71]

321.    In 2013, Hamas established a unit—the Nukhba ("elite") Force built in the image of Hezbollah's Radwan Force—created to commit attacks in Israeli territory through the attack tunnels. The force, which originally numbered 5,000 operatives, would later lead the assault on Israel on October 7.

322.    The Nukhba Force was trained intensively, and its recruits underwent religious indoctrination. Many of its commanders trained in Iran or in Hezbollah camps in Lebanon under the supervision of Qassem Soleimani and, after his death in 2020, under his replacement, Esmail Qaani (a/k/a Ismail Ghaani).

323.    On February 13, 2017, Yahya Sinwar was elected head of Hamas's political bureau in Gaza (and re-elected in March 2021), effectively becoming Hamas's supreme leader in Gaza.

324.    Shortly thereafter, in May 2017, Ismail Haniyeh was elected chairman of Hamas's Political Bureau and then relocated to Qatar, the site of Hamas's most important headquarters

---

[69]  In a speech delivered in Gaza on December 25, 2017, Sinwar described his 2012 visit and meeting with the late head of the IRGC-QF, Qassem Soleimani. *See* https://www.youtube.com/watch?v=qiipX7h7Boo.

[70]  In January 1988, Sinwar was arrested and sentenced to four life sentences for murdering four Palestinians suspected of collaboration with Israel. In his statement before the military court, he said: "I ask that I be sentenced to death so that my blood will be the first to be spilled and I will be a torch for the mujahideen." *See* https://web.archive.org/web/20171010104442/https://www.paldf.net/forum/showthread.php?t=602970.

[71]  In July 2014, Israel launched Operation Protective Edge in response to Hamas's kidnapping and murder of three Israeli teenagers, including U.S. national Naftali Fraenkel.

outside of Gaza. He replaced Khaled Mashal (longtime chairman of Hamas's Political Bureau), who was, in relative terms, on less friendly terms with the IRGC-QF.

325.    With Sinwar leading Hamas in Gaza and Haniyeh leading Hamas's Political Bureau abroad, Hamas's coordination with and support from Iran, the IRGC, and Hezbollah intensified.

326.    Indeed, Hamas openly acknowledged the support it received from Iran. For example, in May 2019, in a speech delivered in Gaza, Yahya Sinwar admitted that "without the help from Iran with weaponry, we couldn't have attained military capabilities... Iran supplied us with rockets and also supported us financially and technically in developing the rockets we used to bomb Tel Aviv. And this was during a time when the Islamic nation gave up on us. Therefore, we needn't be condemned for our gratitude to Iran, it is our duty to thank whoever supports and helps us."[72]

327.    A few months later, the Qassam Brigades sent candidates for training, and academic and military education in Iran in fields including software, computer engineering and special forces training.

328.    Members of a clandestine unit of the Qassam Brigades traveled from Gaza (through Egypt and Turley) to Iran for special training supervised by the IRGC-QF in flying drones.

**B.    Yahya Sinwar's "Big Project" with Iran's Axis of Resistance.**

329.    Although the precise planning for October 7 was a tightly kept secret, the broader outlines of Hamas's policy and its role within Iran's "Axis of Resistance" was discussed openly years before the attack was launched.

---

[72]    Ronni Shaked, *Hamas, the Road to 7th October 2023*, The Truman Research Institute for the Advancement of Peace, *available at* https://israelbehindthenews.com/2024/05/21/chapter-2-hamas-the-road-to-7th-october-2023/. *See also* https://youtu.be/GRZlPFpKGf8?si=U__3MNBKeJ8f8fm-.

330.    As noted above, in July 2018, Hamas established a Joint Operations Room in Gaza to coordinate with eleven resistance factions active in Gaza, including PIJ, PFLP, AAMB and the PRC. The Joint Operations Room united the disparate terrorist organizations operating in the Gaza Strip under one command and worked to coordinate their activities.

331.    Since at least 2021, the IRGC-QF also oversaw the creation of a "Joint Operations Room" in Lebanon, where senior Hezbollah, Hamas, PIJ, and IRGC officials met and coordinated their efforts against Israel, often under the auspices of Muhammad Izadi, the now deceased IRGC-QF official who served as the head of the Palestinian Office of the IRGC-QF in Lebanon.

332.    Hamas, Hezbollah, and the IRGC all knew that Israeli intelligence had extensive surveillance capabilities and had likely compromised their communications over the course of several years.

333.    Therefore, total concealment of the October 7 operation from Israeli intelligence was effectively impossible.

334.    The best way to disguise the October 7 operation as part of the "double bluff" was to publicly disclose meetings among Hamas, the IRGC-QF, and Hezbollah, to publicly mention the Joint Operations Room in Lebanon and to speak openly of a future decisive attack by the "Axis of Resistance" against Israel while at the same time, providing signals that the Axis of Resistance did not actually intend to engage in the very attack for which it was really preparing.

335.    Starting in 2018, Hamas adopted a strategy of limiting its attacks against Israel, mixing seemingly civilian tactics (like rioting at the security fence line on the Gaza border) with low-intensity military tactics.

336.    Hamas's objective was to maintain low-level pressure on Israel without provoking a substantial Israeli response—a stance that gradually lulled Israeli intelligence and military

analysts into believing that Hamas wished to avoid a major conflict and was more interested in improving economic conditions in Gaza and maintaining its rule.

337.    Israel therefore made a deliberate effort to target primarily PIJ when retaliating against rocket fire from the Gaza Strip and it used the Egyptian government as an intermediary to both warn and assure Hamas that it did not intend to escalate its operations against Hamas as long as Hamas did not take actions that would provoke a major response.

338.    For example, at a press conference held on May 26, 2021, following a relatively contained confrontation with Israel in May 2021 (Operation Guardian of the Wall), Sinwar expressly and directly disclosed collaboration among the Axis of Resistance:

> During the war we were in continuous contact with our brothers in the field, and in some of the special areas with the brothers in Lebanon [Hezbollah], and there was a high level of coordination, and we made it clear to our brothers in Lebanon, in Hezbollah and in the Guards [of Iran's Revolution] and other factors, that this [the round of confrontation in May 2021] only a message we are sending to the enemy, and this is not a real campaign, and we are sure that if this campaign develops, it will grow and strengthen, we are sure that there will be a real and active intervention of the resistance on all fronts.
>
> We emphasize, I attended the meeting last night [May 25, 2021] and I was completely satisfied with this decision of Sheikh Hassan Nasrallah, may our Lord protect him by the will of Allah, the Sovereign of the Worlds, and we are fully certain that any attack on the holy places will be a real regional war against it [against Israel], and I have already described it [this scenario], by the will of Allah, the Sovereign of the Worlds, and we are sure that all of us, our entire [Palestinian] nation, our entire [Arab and Islamic] nation, all the active forces of our [Arab and Islamic] nation, all our resistance forces, and all the struggle and resistance forces will be [active] in the next campaign [against Israel] if Al-Aqsa Mosque will call us [for help] … and if the enemy behaves stupidly, then he will find that things will get significantly worse... the barrages [rockets] launched [from Lebanon] and the [unmanned] aircraft that was launched [from Lebanon] were ***in full coordination between the resistance in Lebanon [Hezbollah] and between the resistance in the Gaza Strip [Hamas]*** and ***in joint action***.
>
> There was also a high level of intelligence coordination, and we passed on to our brothers in Lebanon, in the Lebanese resistance and others [information that was] very useful in the intelligence effort and which also

served the resistance [Hamas] in its tactical moves in the Gaza Strip. The activity was a very good activity, and we have a very good horizon for the development of this activity. We clearly warned, we said that this was only a short promo, and if [a significant event] happens, by the will of Allah, the Sovereign of the Worlds, and Al-Sayed Nasrallah was honored and declared, ***there will be a regional war*** if our holy places are harmed, and this will lead to an open conflict, by the will of Allah.[73]

339.    This kind of public statement served two purposes: to rally support for Hamas among the Palestinian public with a show of defiance to Israeli military action and to lull Israeli intelligence into believing that Sinwar was merely saber-rattling and exaggerating Hamas's intentions.

340.    In fact, Hamas was preparing for Sinwar's "Big Project"—a multi-prong attack, coordinated with Hezbollah and the IRGC-QF, to annihilate the State of Israel.

341.    To this end, Hamas held a conference in Gaza on September 30, 2021, under the banner "Ensuring the End of Days—Palestine After Liberation." Its participants included senior Hamas leaders such as Yahya Sinwar, whose opening remarks to the conference explained:

The conference's activities are in accord with our assessment that victory is near. ***The liberation of Palestine from the sea to the river is at the heart of our strategic vision, it is now closer than ever before***. Towards that goal, we are hard at work and are making great efforts both above and below the ground, out at sea and in the skies.... we can see our independence flourishing and are therefore preparing for what will follow."[74]

342.    Again, the regularity of this type of apocalyptic rhetoric was likely intended to lull Israeli intelligence into the view that Hamas's military buildup (*e.g.*, tunnels, rocketry, and training) was unremarkable—what mattered, instead, was that Hamas's observable *conduct* reflected an aversion to major confrontation with Israel.

---

[73] For more details *see* Halevi, Jonathan D., *From Hamas's Point of View*, Jerusalem Center for Security and Foreign Affairs, https://jcpa.org.il/article/from-the-point-of-view-of-hamas-october/(last accessed October 20, 2024). [Arabic text translated into Hebrew, then English.]

[74] *See* text reported by THE PALESTINIAN PRESS AGENCY, Sept. 30, 2021, *available at* https://safa.ps/post/313372.

343.    Sinwar's "Big Project" to bring about the "End of Days" required both a steady stream of weapons and money from Qatar and Iran and other sources, as well as a special budget to plan and execute the attack outside of channels carefully monitored by Israeli intelligence. For this, he needed clandestine financial and logistical support from the IRGC-QF to supplement the substantial financial and logistical support already provided by Iran and Qatar to Hamas.

344.    Hamas documents recovered in recent months illuminate the IRGC's separate transfers of funds to Yahya Sinwar and Ismail Haniyeh for their personal use and discretionary allocation to the Qassam Brigades' "projects." Attached as **Exhibit 2** to the Complaint is a short report from Deputy Commander of the Qassam Brigades, Marwan Issa, to Yahya Sinwar itemizing dates and transfers of millions of dollars paid to Sinwar and Haniyeh from 2014 to 2020. As evidenced by the fact that Issa was providing the accounting, these payments to Sinwar reflect "off-budget" transfers made by the IRGC to his discretionary fund, largely for the benefit of the Qassam Brigades, but separate and apart of the regular funding streams provided to Hamas by the IRGC.

345.    As Hamas regrouped after its latest round of fighting with Israel in May 2021, the broad outlines of its "Big Project" came into sharper focus, and Hamas's relationship with Iran took on even greater importance.

346.    According to a report by *The New York Times*, on October 12, 2024, Hamas documents recovered by the IDF first hint at the October 7 Attack in January 2022, "when the minutes [of the meeting] show that Hamas leaders discussed the need to avoid getting dragged into

minor skirmishes to focus on 'the big project.' Israeli intelligence officers found that Hamas leaders repeatedly used the same phrase in similar contexts ...."[75]

347.    Hamas, now led outside of Gaza by Haniyeh instead of Mashal, urgently wanted to improve ties with Damascus, to increase trust and coordination with Hezbollah, and to solidify its plan for the "Big Project."

348.    In the meantime, Hamas continued its "double bluff" strategy. In an April 30, 2022, speech, Sinwar addressed Palestinian terrorists held in Israeli prisons, foreshadowing a conflict with Israel to release them:

> And we say clearly, we made a firm and clear decision and according to which we, by the permission of Allah, may He be glorified and exalted, clean the prisons of all our Palestinian and Arab prisoners, and it will not last. The time for this, with the permission of Allah may he be praised and exalted. It won't take long for that, by Allah's permission he will be praised and exalted, and *all arenas are open [for a military confrontation with Israel], and there will be no red lines that prevent us from fulfilling our duty towards the prisoners*, at the will of Allah is the Lord of the world. We will not abandon you. We will not show weakness in regard to your rights, and we see ourselves, despite all that we have invested, as having failed [in the matter of the prisoners], but by Allah's will, the Lord of the World, our Lord will help us and enable us to fulfill our duty to you.[76]

349.    Another Hamas document recovered in Gaza includes a memorandum written by Marwan Issa to Sinwar and Khalil al-Hayya on December 18, 2022, after Hamas's relationship with the Syrian regime had been fully restored. (**Exhibit 3** to the Complaint.) Among other subjects, the memo lists various bullet points concerning Iran and Hezbollah:

> - An agreement has been reached with Brother Abu Usama [Khalil al-Hayya] that it is *vital to visit the Brothers in the Hezb [Hezbollah] and the Iranian state*, in order to convey a clear message on the *future of the joint activities against the Zionist occupation*. We will, of course, update Abu al-Abd [Ismail Haniyeh] on this position, and the visit will need to be secret and urgent. Due to the sensitivity of this message, no one other than Abu al-Abd [Ismail Haniyeh] should

---

[75] Bergman, R., Rasgon, A., Kingsley, P., *Secret Documents Show Hamas Tried to Persuade Iran to Join Its Oct. 7 Attack*, NEW YORK TIMES, Oct. 12, 2024, *available at* https://www.nytimes.com/2024/10/12/world/middleeast/hamas-israel-war.html.

[76] *See* Halevi, Jonathan D., *From Hamas's Point of View*, Jerusalem Center for Security and Foreign Affairs, *available at* https://jcpa.org.il/article/from-the-point-of-view-of-hamas-october/.

be acquainted with the content of these meetings.

- It has been concluded that a clear message must be conveyed to A-Sayyid Hasan Nasrallah that if Iran or the resistance in Lebanon [Hezbollah] would face a war in the future, we, the Hamas Movement and the Al-Qassam, are fully prepared to participate, in full force, in those battles, as we hope that in such confrontations (the war), as a basic principle, *we'll turn that opportunity into a fateful confrontation with the occupation, with the intention of that confrontation spelling the end of the occupation*, if Allah wills it.

- Moreover, in that same message, if a confrontation erupts between us and the occupation on the future of Jerusalem and Al-Aqsa, and if an open confrontation results, in principle, *what is needed is for the Axis of Resistance to intervene, headed by the Hezb [Hezbollah] and the other factions (Iraq, Yemen, and Syria)*. It is up to the [Syrian Arab] Republic to decide whether to participate, and we haven't set this as a condition for it, but it is of paramount importance that the Hezb [Hezbollah] take an active role.

- Obviously, these messages should first be conveyed to A-Sayyid Hasan [Nasrallah], as well as to Hajj Esmail Qaani [head of the IRGC-QF] and to the head of the Guard [IRGC]. If possible, contact should be made with the Guide[77] so that he can be updated on this important position.

- Naturally, what we intend to achieve with this position is to create a true ally for the resistance and its axis, especially in the strategic matters tied to resisting the occupation. We don't mean the potential tactical confrontations, because not everyone needs to participate in such confrontations, which could occur vis-a- vis Iran or the resistance in Gaza [Hamas] (of the usual type).

- It was confirmed that in the context of this strategic overview and direction, the basic principle is that *we agree with our Brothers in Iran that financial support of at least 7 million per month will be approved*, over the course of the year, in order *to mobilize and prepare for these types of confrontations comfortably*. It would be good if Brother Abu Usama [Khalil al-Hayya] were to request that a 3-4 month advance payment be made, as an advance payment made with the first payment, in order to expedite the pace of preparations and our side's readiness.

350.    The memorandum goes on to discuss various topics concerning coordination among the Qassam Brigades, Hezbollah, the IRGC, and other players within the "Axis of

---

[77] The Guide (*Murshid*) is a title given to the Iranian Supreme Leader.

Resistance" on Hamas's "strike force" in southern Lebanon. It makes clear that Hamas's preparations and ultimate attack plans are deeply coordinated with (and substantially financed by) the IRGC and that the IRGC also mediated between disparate elements within its network of proxy groups.

351.    While the plans for the "Big Project" and closer coordination with Hezbollah were proceeding, Hamas's "double bluff" strategy continued as well. On January 5, 2023, an article published in *Palestine*, the official Hamas newspaper, *explicitly mentions the Joint Operations Rooms in Lebanon*, stating that "the people believe in the need to go to war in defense of the Al-Aqsa Mosque and its sanctity" and "have full and complete trust in the wisdom of the resistance leadership and its spearhead, the Al-Qassam Brigades and the joint [operations] room, in determining the nature of the response, its timing and place. There is no doubt that the response will be on the scale of the crime. The campaign may be close, very close."

352.    On March 19, 2023, two months after publication of the article, Hassan Nasrallah met with Saleh al-Arouri, the deputy leader of Hamas in Lebanon, further drawing attention to the close ties between Hamas and Hezbollah.

353.    A month later, on April 23, 2023, Azat Jamal (Ezzat Jamal), published an article on the official website of the Qassam Brigades stating that not only does the Israeli deterrence (against Hamas) no longer exist, but it will not be able to be restored in the foreseeable future in view of the strengthening of the "Axis of Resistance," which consists of Iran, Hezbollah, the military coalition in the Gaza Strip led by Hamas, the Houthi regime in Yemen, and the military militias in Iraq and Syria.

354.    From April to June 2023, Iranian leaders—including Ayatollah Khamenei and President Raisi—met publicly with Hamas and PIJ leaders in Iran and Syria to encourage further acts of terrorism against Israel.

355.    While these public meetings were taking place, in May 2023, *secret* discussions also took place in Sidon, Lebanon, among a delegation of Hamas leaders, Hezbollah leaders, and the IRGC.

356.    The Hamas delegation was headed by Saleh al-Arouri, and the IRGC delegation was headed by an IRGC operative based in Sidon, who was in charge of the armament file for the Palestinian factions inside Lebanon.

357.    After al-Arouri reviewed the project, he had several follow up meetings with leaders of Hezbollah in the presence of Nasrallah.

358.    According to documents seized by the IDF and disclosed by *The New York Times*, at a meeting in May 2023, Hamas leaders said that they wanted to commit the October 7 Attack by the end of 2023 because Israel had announced that it is developing a new type of laser that can destroy Hamas rockets more effectively than its current air defense system [Iron Dome and David Slingshot].[78]

359.    This was followed up in June 2023, with a less clandestine meeting between IRGC-QF commander Esmail Qaani and Hamas leader Ismail Haniyeh and PIJ leader Ziyad Al-Nakhala in Tehran.

---

[78] *See* Bergman, R., *et al.*, *Secret Documents Show Hamas Tried to Persuade Iran to Join Its Oct. 7 Attack*, New York Times, Oct. 12, 2024, *available at* https://www.nytimes.com/2024/10/12/world/middleeast/hamas-israel-war.html.

360.    On June 19, 2023, Haniyeh also met with a delegation of high-level Iranian security and military officials.[79] Haniyeh, accompanied by Saleh al-Arouri and other Hamas figures, also met with the IRGC chief, Hossein Salami, and a number of his aides over a period of three days.

361.    On June 21, 2023, Haniyeh publicly met with Iranian Supreme Leader Ayatollah Ali Khamenei.[80]

362.    Hamas's "double bluff" strategy continued following this meeting with a June 22, 2023, article in the official Hamas newspaper *Palestine* specifically stating that the Axis of Resistance members were coordinating and training in southern Lebanon and Gaza:

> The Axis forces [the resistance] continue to gain strength and are ready for the zero-hour confrontation with Zionist terrorism, and it is possible that the military training conducted by the Axis forces of the resistance in southern Lebanon and Gaza proves that the desire for victory rooted in the thinking and way of the resistance organizations, which work in high coordination among its components. This is what the leadership of the occupation state fears, [as reflected] in the recent military trainings [of the IDF] from the invasion of Hezbollah's al-Radwan brigade into occupied northern Palestine, and from dealing with this danger, and the continued strengthening of joint coordination between the Palestinian resistance organizations through the joint operations room and its performance at a high level on the ground, we can say that the formation of the resistance axis is a strong confirmation that the resistance cannot be eliminated by force, since it has become an ingrained phenomenon in Islamic reality, and it cannot be ignored or eliminated by force of arms, since the future belongs to it. And she will fight until victory."[81]

363.    Starting no later than August 2023, IRGC-QF commanders used the Joint Operations Room in Beirut to conduct biweekly planning meetings with Hamas, PIJ, Hezbollah,

---

[79]    *See Haniyeh meets with the Secretary General of the Supreme National Security Council in Iran*, AL QUDS, June 19, 2023, *available at* https://www.alquds.com/en/posts/76699.

[80]    *See Iranian state media confirm meeting between Khamenei, Hamas' Haniyeh in Tehran*, REUTERS, Nov. 5, 2023, *available at* https://www.reuters.com/world/middle-east/iranian-state-media-confirms-meeting-between-khamenei-hamas-haniyeh-tehran-2023-11-05/.

[81]    *See* Halevi, Jonathan D., *From Hamas's Point of View*, Jerusalem Center for Security and Foreign Affairs, *available at* https://jcpa.org.il/article/from-the-point-of-view-of-hamas-october/.

and other Iranian-backed terror groups. Iran's foreign minister Hossein Amir-Abdollahian attended at least two of these meetings.[82]

364.    On August 13, 2023, Hassan Nasrallah met publicly with Hamas and PIJ officials.

365.    By this time, having bankrolled the "Big Project" and solidified the coordination between the Gaza leadership of Hamas and Hezbollah, the IRGC was prepared to approve the operation and final preparations for it, but proposed some tactical modifications, including the introduction of gliders into the attack plan.

366.    After obtaining the green light from the IRGC-QF, al-Arouri was appointed as an intermediary to deliver messages between the parties face-to-face in Lebanon to avoid using electronic communication about the operation and its planning, and he also began making periodic visits to Iran to hold further face-to-face discussions to implement the operation.

367.    Under the auspices of the IRGC-QF, 50 Hamas operatives began an intensive 40-day training program in Lebanon on August 5, 2023, to learn how to use gliders in combat operations. The training operations took place in the village of Hawsh al-Qanaba, located in the Bekaa Valley. The training exercises were supervised by Hezbollah, and Hamas was represented by Muhammad Sinwar, Yahya Sinwar's brother and one of the current surviving leaders of Hamas.

368.    To cover for its increased tempo of activity and maintain the illusion that its detectable training exercises were all part of Hamas's inflammatory rhetoric (intended for domestic consumption), Hamas published an article in *Palestine* on August 19, 2023, warning:

> The total war and the concerns of the occupation. With the passage of time,
> the dangers and threats in the environment of the Israeli occupation entity

---

[82] *See* Summer Said, *Iran Helped Plot Attack on Israel Over Several Weeks*, WALL STREET JOURNAL, Oct. 8, 2023, *available at* https://www.wsj.com/world/middle-east/iran-israel-hamas-strike-planning-bbe07b25; *see also 500 Hamas, PIJ terrorists trained for October 7 attack in Iran last month – repor*t, TIMES OF ISRAEL, Oct. 25, 2023, *available at* https://www.timesofisrael.com/500-hamas-pij-terrorists-trained-for-october-7-attack-in-iran-last-month-report/; Emanuel Fabian, *IDF says Iran directly aided Hamas before assault*, TIMES OF ISRAEL, Oct. 25, 2023, *available at* https://www.timesofisrael.com/liveblog_entry/idf-says-iran-directly-aided-hamas-before-assault/.

have intensified and the concerns become visible about the outbreak of a conflict or a total war... against the background the rapid changes in this arena, and the unprecedented developments in the various arenas in Palestine, Lebanon, Syria, Iraq, Yemen, and Iran, which became more capable of creating a deterrence equation in a confrontation with the enemy, after these fronts succeeded in developing capabilities in the field of training, arming, and intelligence effort... the timing and circumstances of this campaign depends on the leadership of the resistance, which is prepared to choose the timing and the circumstances that serve the great goals that the resistance seeks to achieve, first of all the inflicting the greatest defeat on the Israeli enemy, which will push him to stop his occupation of Palestine in the Arab lands once and for all.[83]

369.    On August 25, 2023, Hezbollah's *Al-Mayadeen* television channel broadcast an extensive interview with Saleh al-Arouri, the deputy leader of Hamas, where he presented his assessment of Hamas's relations with Israel, the preparations for an all-out confrontation against it in coordination with the Axis of Resistance, and the expected nature of the campaign.

> ***The all-out war has become an unavoidable issue, and we believe it is necessary, we want it***. We, the resistance, the axis of the resistance, [Arab and Islamic] peoples, the Palestinian people, the [Islamic] nation want this all-out campaign. We do not talk about it [about the war] in public. We discuss it in closed rooms.

> ***We meet with everyone. The components [partners to] the overall campaign, and we all discuss it.*** We discuss its scenarios and its potential, and we are convinced that we can … for sure, defeat them... We are convinced that this [Israeli] entity, honestly, if it starts an all-out conflict, its airspace will be closed, and IT will not be able to live without electricity, the sea will be closed to it, without communication, [and in a state of] curfew, the wheels of the economy will stop in an open campaign whose end is unknown. We can do all this [mentioned above]. All resistance forces can do this to change this situation, a real change.[84]

370.    Hassan Nasrallah met with Saleh al-Arouri again on September 2, 2023. Four days later, al-Arouri gave an interview to *Al Jazeera* again expressing the view that a decisive confrontation with the enemy was imminent.

---

[83] *See* Halevi, Jonathan D., *From Hamas's Point of View*, Jerusalem Center for Security and Foreign Affairs, *available at* https://jcpa.org.il/article/from-the-point-of-view-of-hamas-october/.

[84] *Id.*

371.    On September 2, 2023, Hamas also published an article on the official website of the Qassam Brigades warning of "the possibility that the enemy will launch a new aggression, one of the manifestations of which will be the assassination of the leaders of the resistance [Hamas] inside [Palestine] or outside [Palestine]" and warning that this would lead to "a severe reaction on the part of the Palestinian resistance, and may develop into the entry of other fronts into the front line, such as (Syria, Lebanon), and it is possible that other fronts will join in their wake."

372.    That same day, Nasrallah also met publicly with one of the leaders of the PFLP.

373.    Two weeks later, on September 15, 2023, leaders of Hamas, PIJ and the PFLP met publicly in Beirut.

374.    While these public threats were being issued, between September 10 and 20, 2023, senior leaders of Hezbollah and Hamas met with the IRGC in Nabatiyeh, at a villa used as a Hezbollah safe house. Those in attendance included:

- Talal Hamiyah, a senior member of Hezbollah's Islamic Jihad Organization;

- Marwan Issa, the deputy commander of the Qassam Brigades in Gaza; and

- Mohammed Pakpour, Commander in Chief of the IRGC Ground Forces.

375.    The meeting was held to finalize the operational details of, and develop the necessary plans to ensure proper coordination during and in the aftermath of, the October 7 Attack.

376.    On September 23, 2023, leaders of the PFLP, Hamas and PIJ met again publicly in Beirut.

377.    *The Wall Street Journal* has reported that meetings in the Joint Operations Room in Beirut culminated with an October 2 meeting in which Iran provided the green light for Hamas,

PIJ, and the other Iran-backed groups to launch the pre-planned attack against Israel, using Iranian intelligence, training, and military supplies.[85]

378.    Also on October 2, 2023, PIJ publicly mounted a training exercise on the occasion of "Martyrs are the Harbingers of Victory" day, followed two days later by a military parade in commemoration of its 36th anniversary as a terrorist organization in the Gaza Strip. Whether intentionally or not, the flurry of PIJ activity in the days before the October 7 Attack, likely served as a smokescreen concealing Hamas's final preparations for the assault.

### C.    Syrian Support for Hamas in the Build-Up to the October 7 Attack.

379.    For the "Big Project" to truly succeed as originally conceived—and receive not only backing from the IRGC-QF but also genuine coordination on multiple fronts—Hamas needed to fully repair its relationship with the Assad regime in Syria which was fully backed by Iran and Hezbollah.

380.    Tensions had developed in Hamas's relationship with the Assad regime due to circumstances surrounding the Syrian civil war.

381.    Hamas, now led outside of Gaza by Haniyeh instead of Mashal, urgently wanted to fully restore its longstanding ties with Damascus, to increase trust and coordination with Hezbollah, and to solidify its plan for the "Big Project."

382.    Hamas documents recovered in Gaza include a letter written on June 10, 2022, by Ismail Haniyeh to key IRGC-QF commander Muhammad Said Izadi (a/k/a Hajj Ramadan).

---

[85]    *See* Summer Said, *Iran Helped Plot Attack on Israel Over Several Weeks*, WALL STREET JOURNAL, Oct. 8, 2023, *available at* https://www.wsj.com/world/middle-east/iran-israel-hamas-strike-planning-bbe07b25; *see also* Jonathan Schanzer, *Iran-Hezbollah Intelligence Center May Help Hamas Target Israel*, FOREIGN POLICY, Sept. 13, 2022, *available at* https://foreignpolicy.com/2022/09/13/iran-hezbollah-hamas-israel-beirut-lebanon-intelligence-sharing-center/; Paul Kirby, Israel faces 'long, difficult war' after Hamas attack from Gaza, BBC, Oct. 8, 2023, *available at* https://www.bbc.com/news/world-middle-east-67044182; Shay Khatiri, *Why It's Obvious Iran Approved Hamas Attack*, WALL STREET JOURNAL, Oct. 17, 2023, *available at* https://www.wsj.com/opinion/why-its-obvious-iran-approved-hamas-attack-khamenei-nuclear-deal-f394c477.

(**Exhibit 4** to the Complaint.) In that letter Haniyeh discusses a letter from Izadi describing Izadi's meeting with Hassan Nasrallah, Hamas leader Khalil al-Hayya, and another individual identified as "Abu Hamdan." The subject of that meeting was resumption of Hamas's relationship with the Assad regime in Syria, referred to in the correspondence as "the decision." Haniyeh states:

> As soon as he returned from Lebanon, Brother Abu Usama [Khalil al-Hayya] updated me on the meeting and what occurred during the meeting, including a lengthy conversation and ideas that help build this connection, in a way that optimizes the situation we are all in, as we are all in the same boat. We are in the process of studying and deliberating what had been accomplished between you, at the level of the team that monitors the decision's implementation.

383. Haniyeh goes on to thank the IRGC-QF commander "for allocating a sum of five million dollars, which is to be sent to me, and I request that you inform me what I should send to the Brothers in Gaza, based on what you had mentioned to Brother Abu Usama [Khalil al-Hayya]."

384. Hamas documents recovered in Gaza also include a letter written by Haniyeh to Sinwar on September 24, 2022. (**Exhibit 5** to the Complaint.) In the letter, Haniyeh emphasizes Hamas's internal efforts to achieve a consensus to reconcile with the Assad regime in Syria—primarily to further cement relations with Nasrallah and Hezbollah, who backed Assad throughout the Syrian civil war.

385. Haniyeh explains that "restoring relations with Syria, along with our strategic partnerships with Iran and Hezbollah, will significantly enhance the [Hamas] movement's position and balance of power. This approach leverages the [Hamas] movement's formidable military capabilities in Gaza and its growing presence in the West Bank."

386. Lastly, Haniyeh complains that his own funding streams from Turkey and Qatar have not been flowing reliably over the past four months and that the Qassam Brigades needs to work through the IRGC-QF commander, Muhammad Said Izadi, to facilitate more regular payment streams.

387.    In late October 2022, Khalil al-Hayya and senior Hamas spokesman in Lebanon Osama Hamdan formally met with Bashar al-Assad in Damascus. Al-Hayya said Assad was "keen on Syria's support to the Palestinian resistance" and called his visit a "glorious day."

388.    The minutes of the June 18, 2023, meeting of Hamas's Rafah Brigade (attached as **Exhibit 6** to the Complaint) further confirm the FSIA Defendants' support to Hamas prior to the October 7 Attack. The minutes describe Hamas's relationship with Hezbollah as "outstanding" noting that it was "prepared to collaborate with us in any upcoming campaign." It also described Hamas's relationship with the IRGC as "good and fantastic" and stated the "Syrian regime has opened the doors even wider to us…."

389.    On October 7, 2023, the Assad regime issued a statement immediately praising "Operation Al-Aqsa Flood," the name that Hamas gave to its terror attack of that day. The statement indicated that: "Syria raises its head high in honor of the martyrs of the Palestinian revolution and the heroes who planned and achieved the Al-Aqsa Flood operation."

## IV.    The October 7 Attack.

390.    On Saturday, October 7, 2023, Hamas launched Operation al-Aqsa Flood.

391.    For the largely Jewish population of Israel, October 7, 2023, was the Sabbath and the Jewish holiday of Simchat Torah, a festive day that celebrates the conclusion of the yearly readings of the Torah. It was also the 50th anniversary of the Yom Kippur War.

392.    At approximately 6:30 a.m., Hamas and PIJ terrorists fired thousands of rockets and unleashed mortar fire from Gaza into Israel. According to the IDF, approximately 5,000 rockets were fired at Israel during the October 7 Attack, with approximately 4,000 fired within the first four hours.

393.    The rockets and mortars largely targeted the civilian population in a variety of locations throughout southern Israel. Within the first few minutes of the October 7 Attack, alert

sirens sounded in approximately 30 Israeli communities near the Gaza border. These southern communities, including the cities of Ashkelon, Ashdod, and Sderot, were the primary targets. But explosions were recorded as far away as Herzliyya and Tel Aviv to the north of Gaza and the Bedouin village of al-Bat to Gaza's east, where rockets killed five people.

394.    In accordance with the plan agreed to with the IRGC-QF, Hamas also launched unmanned drones carrying incendiary weapons and fired additional projectiles at military posts located along the Gaza-Israel border.[86] The goal was to disable the IDF's surveillance equipment and capabilities—its first line of defense along the border with Gaza.

395.    Shortly after 6:30 a.m., under the cover of rocket fire, Hamas-led terrorists breached the fence between the Gaza Strip and Israel in approximately 30 locations using explosives, bulldozers, tractors, wire cutters, and other means. All told, there were more than one hundred breaches of the border fence during the October 7 Attack.

396.    Heavily armed terrorists entered Israel on foot or using pickup trucks, motorbikes, and other vehicles.

397.    Other Hamas operatives, utilizing their prior training with the IRGC-QF in Lebanon, breached the defensive perimeters of nearby kibbutzim using paragliders, following the operational plans developed in coordination with the IRGC-QF.[87]

398.    Other Hamas commandos landed by sea at Zikim beach in southern Israel.

399.    The Hamas-led terrorists were armed with automatic rifles, extensive ammunition, and rocket-propelled grenades (RPGs), anti-tank weapons, and more.

---

[86]    Several "Shahab" explosive-laden drone models, likely based on the Iranian military design of its "Ababil- 2" drones were deployed by Hamas on October 7.
[87]    These appear to have been single/double crewed paramotor gliders.

400.    Some terrorists wore fatigues to resemble Israeli army uniforms or were dressed like Israeli police to confuse Israeli security forces and civilians.

401.    Some carried radios for communication and zip ties to restrain hostages.

402.    Some wore "Go-Pro" or other body cameras that allowed them to capture video footage of the horrific acts they committed that day.

403.    Over the course of October 7, approximately 3,800 Hamas-led terrorists—including from Hamas's Qassam Brigades, PIJ's Quds Brigades, and the PFLP's Abu Ali Mustafa Brigades, the PRC, and AAMB—crossed through the border fence. An additional 2,200 Gazans also crossed over, some of them to participate in looting and acts of sadism or simply to witness and celebrate the horror.

404.    Large groups of attackers targeted specific towns and villages (listed from south to north): Holit, Sufa, Nir Itzhak, Pri Gan, Talmei Yosef, Mivtachim, Yesha, Amioz, Magen, Nir Oz, Nirim, Ein Hashlosha, Kissufim, Re'im, Be'eri, Alumim, Nahal Oz, Kfar Aza, Mefalsim, Yachini, Nir Am, Sderot, Netiv Ha'asara, Karmia, Zikim beach, and Ofakim, as well as public spaces and outdoor festivals, such as the Supernova music festival near kibbutz Re'im and the Psyduck music festival located between Nirim and Nir Oz.

405.    Ofakim was the easternmost town attacked on the ground that day.

406.    Other terrorists focused their attacks on Israeli military installations. Terrorists attacked the Re'im army base, which is the headquarters of the IDF's Gaza Division, taking control of the base before the IDF repelled them later on October 7.

407.    They also attacked the army base at Nahal Oz, killing more than 60 Israeli soldiers and taking six as hostages.

408.    Hamas also attacked military posts at key crossing sites, including at the Erez checkpoint, in the north of Gaza, and the Kerem Shalom crossing, located near Israel's border with Egypt.

409.    They also attempted to take over the base in Zikim, the site of the amphibious landing.

410.    Terrorists also laid ambushes on key roads leading from areas of Israel near the Gaza border and targeted arriving Israeli Security Forces, including positions at junctions along Road 232 where they ambushed civilians trying to escape and shot at medical transport and security forces.

411.    The horror of the October 7 Attack has been widely reported. Hamas-led terrorists tried to murder as many people as they could. They infiltrated communities shooting at anything that moved, killing and wounding men, women, children, and babies. Some people were killed in sprays of machine gun fire; others were executed at close range. The terrorists used grenades to kill en masse and burned victims alive. They lit homes on fire, where people suffocated and burned in their safe rooms. They tortured and committed sexual violence against women and girls including rape, assault, and mutilation. They beheaded the living and the dead, sometimes laughing while doing so. They looted and burned homes, destroying entire communities. On the roads, terrorists killed people in their cars and in the street. Cars riddled with bullets and burned from RPGs and anti-tank weapons littered the roads.

412.    Some survivors witnessed their loved ones being killed, wounded, or tortured, as they too were fearful for their own lives. People hid in their saferooms, in public shelters, under dead bodies, and wherever else they could. For the duration of the October 7 Attack, they were gripped with horror that they would also be killed, tortured and/or kidnapped. The extreme mental

anguish of their experience will be with them forever. Even those who were not present were filled with the horror of what was happening to their family members, sometimes communicating by cell phone with those under siege. More than one year later, the horror of the October 7 Attack still haunts the survivors.

413.    According to the U.S. Secretary of State, after reviewing some of the footage and pictures from the day: "It's hard to find the right words. It's beyond what anyone would ever want to imagine, much less, God forbid, experience … A baby, an infant, riddled with bullets. Soldiers beheaded. Young people burned alive. I could go on, but it's simply depravity in the worst imaginable way."[88]

414.    The Hamas-led terrorists also took hostages to use as a bargaining chip for the release of prisoners in Israeli jails. In all, 251 people from Israel were captured during the October 7 Attack and brought to Gaza, including women, very young children, the elderly, and the bodies of victims murdered on October 7.

415.    As of the filing of this Complaint, 50 hostages from October 7 remain unaccounted for.

**V.    Iran's "Ring of Fire" and the Multiple Conflicts That Resulted from the October 7 Attack.**

416.    Fighting continued inside Israeli territory on October 8 as the IDF fought the remaining Nukhba Force operatives even after the main assault had stalled.

417.    At the same time, Hezbollah joined the fray by firing anti-tank guided munitions (ATGMs), rockets, drones, missiles, and other standoff weapons at Israeli military and civilian targets, killing and wounded many, and forcing more than 50,000 Israelis to flee their homes.

---

[88]    Shannon C. Crawford, *Blinken describes images of Hamas attack victims, pledges, US support on trip to Israel*, ABC News, Oct. 12, 2023, *available at* https://abcnews.go.com/International/blinken-meets-hamas-attack-%20survivors-pledges-us-support/story?id=103925374.

418.    Between October 7, 2023, and August 18, 2024, the average Hezbollah strike occurred about 3 km into Israel. Between August 18 and the beginning of September, the average depth of a Hezbollah strike was approximately 4 km. During the week of September 22, the average depth of a Hezbollah strike was 28 km.

419.    However, neither the Radwan Forces, nor the Qassam Brigades stationed in Southern Lebanon, crossed the border in force as originally agreed upon.

420.    The IRGC-QF likely did not initiate that contemplated ground assault into northern Israel because they were caught off guard by Hamas's unilateral decision to initiate the "Big Project" on its own timetable.

421.    Instead, for ten months, Hezbollah (and to a lesser extent Hamas's forces in Lebanon) struck northern Israel on a daily basis "in solidarity" with Hamas in Gaza, and the Houthis in Yemen have launched missiles and drones at Israel periodically, but without risking a full-scale war with Israel.

422.    In response to the October 7 Attack and the taking of over 200 hostages by Hamas, Israeli ground operations in the northern Gaza Strip began on October 27, 2023, with advances along three axes: a southward drive along the western coast toward al Shati camp, a southwestward drive into Beit Hanoun, and a westward drive from Juhor ad Dik to the western coast, thereby cutting the Gaza Strip in half and isolating the northern Strip from the southern Strip.

423.    Hamas began a delaying operation in which it sought gradually to trade space for the time in which it expected that international pressure and domestic pressure to liberate the hostages would force Israel to suspend operations.

424.    For the past two years, the IDF has engaged in violent confrontations with Hamas, PIJ, PFLP, AAMB, and PRC operatives seeking to inflict casualties on Israeli forces in the Gaza Strip.

425.    To date, over 890 IDF soldiers, including numerous dual American-Israeli citizens, have been killed and many more injured (often severely injured) and many of the over 250 hostages held by Hamas and its co-conspirators, some of them U.S. citizens, have been murdered by their captors.

## VI.    The Plaintiffs Were Harmed by Defendants' Conduct.

426.    Roya Manzuri was a citizen and resident of the State of Israel when she was murdered by Hamas on October 7. She was 22 years old at the time.

427.    Norelle Manzuri was a citizen and resident of the State of Israel when she was murdered by Hamas on October 7. She was 25 years old at the time.



*Roya and Norelle (left to right).*

428.    Roya and Norelle's parents, Menashe Manzuri and Sigalit Shteiner Manzuri, bring this action on behalf of the Estates of Roya Manzuri and Norelle Manzuri.

429.    Plaintiff Menashe Manzuri ("Menashe") also brings this action individually. He is a citizen of the United States and a resident of the State of Israel. He is the father of Roya and Norelle.

430.    Plaintiff Sigalit Shteiner Manzuri ("Sigal") also brings this action individually. She is a citizen of the United States and a resident of the State of Israel. She is the mother of Roya and Norelle.

431.    Menashe and Sigal also bring this action on behalf of their minor child, S.M. S.M. is a citizen of the United States and a resident of the State of Israel. He is the brother of Roya and Norelle.



*Sigal, Roya, Norelle, Amit, S.M, and Mensahe (left to right), having dinner together on October 6, the night before the Nova Music Festival.*

432.    Sisters Roya and Norelle—together with Norelle's boyfriend, Amit Cohen; their cousin, G. M.; and another friend, N.B.A.—were attending the Nova Music Festival, near Kibbutz

Re'im, on October 7 when the festival was overrun by Hamas-led terrorists, who proceeded to massacre more than 350 civilians.

 

*Norelle, Amit, and Roya (left to right).*          *Norelle, Roya, and Amit (left to right).*

433.    At 6:30 a.m. on October 7, Norelle, Roya, Amit, G.M., and N.B.A. fled the festival at the sight and sounds of rockets, from the festival grounds to their car.

434.    They first attempted to drive north towards their home on Route 232, the only paved road to and from the festival.  However, they were stopped by police and warned there was a terrorist attack further ahead on that route and directed to turn around to drive south.  After turning around and driving half a mile, they were blocked again by a different set of security guards.  They then abandoned their car and fled until they took cover in a concrete bomb shelter on the side of a road, at approximately 7:00 a.m.

435.    They hid in the bomb shelter together with approximately thirty-five (35) other terrified festival-goers, all crammed into a small five (5) foot by seven (7) foot (thirty-five (35)

square foot) concrete-walled room. In a surviving video taken from within the bomb shelter, automatic gunfire can be heard; followed by whispers, crying, and prayers of those hiding in the shelter; and Amit can be seen attempting to cover Norelle and Roya with his body. The last phone contact from Roya and Norelle occurred at 7:39 am.

436.    At approximately 7:50 am, terrorists found the sheltering civilians, sprayed the entrance with ammunition, automatic gunshots, and threw several a grenades into the bomb shelter.

437.    Over the next several hours of attacks, Roya, Norelle, and other civilians hiding in the bomb shelter were blown apart and murdered by the terrorists. Amit was shot in the head.

438.    Israeli security forces arrived at around noon and battled the terrorists. In the end, approximately twelve civilians were rescued (including G.M. and N.B.A.), one civilian was kidnapped, and the remaining approximately thirty-seven civilians were murdered by the terrorists.



*The bomb shelter after the deceased bodies were removed.*

439.    After Menashe lost contact with Roya and Norelle after 7:39 am, he drove southward to look for the girls and Amit. He was not able to access the festival area because it was an active combat zone, so he drove to each hospital in the South hoping to find the girls alive

and being treated.  At one of the hospitals, Menashe found G.M. (the sisters' cousin) who described to Menashe what happened.  At that point, Menashe realized the disastrousness of the situation. Menashe continued looking everywhere for Roya and Norelle.  Over the next couple of days, Menashe and Sigal continuously called hospitals, hoping to hear positive news of their daughters' rescue.  In desperation, the family used national and international media platforms to publish details regarding Roya, Norelle, and Amit.  Over the same time period, the Israeli police asked for DNA samples for the girls.

440.    On October 10, Sigal and Menashe were informed that Amit's deceased body was found and identified.

441.    On October 11, three army officers knocked on the Manzuris' door. They informed Menashe and Sigal that Roya had been identified and was murdered on October 7.  The next day, on October 12, they held Roya's funeral.

442.    On October 13, Sigal was videoconferencing with President Joseph R. Biden, then the President of the United States of America, when three army officers knocked on the Manzuris' door again and informed them that Norelle had been identified and was murdered on October 7. Sigal immediately informed President Biden.

443.    Norelle's funeral was held on October 15 and Norelle was buried together with Roya under the same tombstone so that they could remain close together in death, as they had during their lives.



*Roya and Norelle's tombstone.*

444.    Thousands attended Roya and Norelle's funerals and visited during the twelve-day shiva period for the sisters.

445.    As a direct and foreseeable result of the October 7 attack, the Plaintiffs Estates of Roya Manzuri and Norelle Manzuri suffered conscious pain and suffering and economic loss.

446.    Plaintiffs Menashe, Sigal, and S.M. have experienced severe mental anguish and extreme emotional distress as a direct and foreseeable result of the attacks on and the deaths of Roya and Norelle.

## FIRST CLAIM FOR RELIEF

**Against the FSIA Defendants on Behalf of Plaintiffs Who Suffered Personal Injury as a Result of the FSIA Defendants' Material Support for Acts of Extrajudicial Killing, Torture, and Hostage Taking Pursuant to 28 U.S.C. § 1605A(c), Constituting Assault and Battery**

447.    Plaintiffs incorporate the allegations of the preceding paragraphs as though fully set forth below.

448.    The FSIA Defendants provided material support for acts of torture, extrajudicial killing, and hostage taking (within the definitions of 28 U.S.C. § 1605A(h)) to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, and who injured Plaintiffs.

449.    The FSIA Defendants armed, funded, trained, and provided other types of material support (as defined in 18 U.S.C. § 2339A) for and to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, injuring Plaintiffs.

450.    The FSIA Defendants provided this material support through their officials, employees, and agents while they were acting within the scope of their offices, employments, or agencies. This material support was provided pursuant to the policies of the FSIA Defendants.

451.    The material support provided by the FSIA Defendants caused Plaintiffs' injuries by resulting in the October 7 Attack.

452.    The October 7 Attack identified in the foregoing paragraphs and caused by the actions of the FSIA Defendants were intended to cause a harmful or offensive contact, and an imminent apprehension of such a contact, with Plaintiffs.

453.    They therefore constituted a battery on Plaintiffs' persons, causing them severe physical injuries, and an assault on Plaintiffs by placing them in fear and apprehension of harm and death.

454.    As a direct and proximate result of the willful, wrongful, and intentional acts of the FSIA Defendants, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, and economic losses.

455.    Plaintiffs' compensatory damages include, but are not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, solatium, and any economic losses determined by the trier of fact.

456.    The FSIA Defendants' conduct was criminal, outrageous and extreme, wanton and willful, malicious, and constitutes a threat to the public warranting an award of punitive damages under 28 U.S.C. § 1605A(c).

## SECOND CLAIM FOR RELIEF

**Against the FSIA Defendants on Behalf of Plaintiffs Who Suffered Personal Injury as a Result of the FSIA Defendants' Material Support for Acts of Extrajudicial Killing, Torture, and Hostage Taking Pursuant to 28 U.S.C. § 1605A(c), Constituting Intentional Infliction of Emotional Distress**

457.    Plaintiffs incorporate the allegations of the preceding paragraphs as though fully set forth below.

458.    The FSIA Defendants provided material support for acts of torture, extrajudicial killing, and hostage taking (within the definitions of 28 U.S.C. § 1605A(h)) to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, and who injured Plaintiffs.

459.    The FSIA Defendants armed, funded, trained, and provided other types of material support (as defined in 18 U.S.C. § 2339A) for and to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, injuring Plaintiffs.

460.    The FSIA Defendants provided this material support through their officials, employees, and agents while they were acting within the scope of their offices, employments, or agencies. This material support was provided pursuant to the policies of the FSIA Defendants.

461.    The material support provided by the FSIA Defendants caused Plaintiffs' injuries by resulting in the October 7 Attack.

462. The FSIA Defendants intentionally inflicted emotional distress on the Plaintiffs by intending to terrorize, and in fact terrorizing, the Plaintiffs, causing them severe emotional distress.

463. This included terrorizing Plaintiffs who were present at the scene of the October 7 Attack and the Plaintiffs whose family members were injured or killed at the October 7 Attack.

464. As a direct and proximate result of the willful, wrongful, and intentional acts of the FSIA Defendants, Plaintiffs identified in the foregoing paragraphs were injured and endured extreme mental anguish, pain and suffering, and economic losses.

465. Plaintiffs' compensatory damages include, but are not limited to, extreme mental anguish, pain and suffering, solatium, and any economic losses determined by the trier of fact.

466. The FSIA Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public, warranting an award of punitive damages against the FSIA Defendants pursuant to 28 U.S.C. § 1605A(c).

## THIRD CLAIM FOR RELIEF

**Against the FSIA Defendants on Behalf of Plaintiffs Who Suffered Personal Injury as a Result of the FSIA Defendants' Material Support for Acts of Extrajudicial Killing, Torture, and Hostage Taking Pursuant to 28 U.S.C. § 1605A(c), Constituting False Imprisonment**

467. Plaintiffs incorporate the allegations of the preceding paragraphs as though fully set forth below.

468. The FSIA Defendants provided material support for acts of torture, extrajudicial killing, and hostage taking (within the definitions of 28 U.S.C. § 1605A(h)) to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, and who injured Plaintiffs.

469.     The FSIA Defendants armed, funded, trained, and provided other types of material support (as defined in 18 U.S.C. § 2339A) for and to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, injuring Plaintiffs.

470.     The FSIA Defendants provided this material support through their officials, employees, and agents while they were acting within the scope of their offices, employments, or agencies. This material support was provided pursuant to the policies of the FSIA Defendants.

471.     The material support provided by the FSIA Defendants caused Plaintiffs' injuries by resulting in the October 7 Attack.

472.     The FSIA Defendants acted intending to unlawfully confine certain Plaintiffs within fixed boundaries, namely their bomb shelters or other shelters, during these attacks (as detailed in Section VI above).

473.     The FSIA Defendants' conduct directly or indirectly resulted in Plaintiffs confinement.

474.     Plaintiffs were aware of that confinement and were harmed by it.

475.     As a direct and proximate result of the willful, wrongful, and intentional acts of the FSIA Defendants, Plaintiffs identified in the foregoing paragraphs suffered extreme mental anguish, pain and suffering, and economic harm.

476.     Plaintiffs' compensatory damages include, but are not limited to, extreme mental anguish, pain and suffering, solatium, and any economic losses determined by the trier of fact.

477.     The FSIA Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public, warranting an award of punitive damages against the FSIA Defendants pursuant to 28 U.S.C. § 1605A(c).

## FOURTH CLAIM FOR RELIEF

**Against the FSIA Defendants on Behalf of Plaintiff Estates Who Suffered Personal Injury as a Result of the FSIA Defendants' Material Support for Acts of Extrajudicial Killing, Torture, and Hostage Taking Pursuant to 28 U.S.C. § 1605A(c), Constituting Wrongful Death**

478.    Plaintiffs incorporate the allegations of the preceding paragraphs as though fully set forth below.

479.    The estate Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the estate decedents who were grievously injured and killed by the FSIA Defendants' provision of material support (within the definitions of 28 U.S.C. § 1605A(h)) to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, that caused the decedents' deaths.

480.    The FSIA Defendants armed, funded, trained, and provided other types of material support (as defined in 18 U.S.C. § 2339A) for and to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, injuring and killing the estates' decedents.

481.    The FSIA Defendants provided this material support through their officials, employees, and agents while they were acting within the scope of their offices, employments, or agencies. This material support was provided pursuant to the policies of the FSIA Defendants.

482.    As a direct and proximate result of the willful, wrongful, and intentional acts of the FSIA Defendants, the estate Plaintiffs listed in the foregoing paragraphs endured economic losses resulting from the estates' decedents' premature deaths. These economic losses include loss of income and unreimbursed funeral expenses.

483.    The FSIA Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public, warranting an award of punitive damages against the FSIA Defendants pursuant to 28 U.S.C. § 1605A(c).

### FIFTH CLAIM FOR RELIEF

**Against the FSIA Defendants on Behalf of Plaintiff Estates Who Suffered Personal Injury as a Result of the FSIA Defendants' Material Support for Acts of Extrajudicial Killing, Torture, and Hostage Taking Pursuant to 28 U.S.C. § 1605A(c), Constituting Survival**

484.    Plaintiffs incorporate the allegations of the preceding paragraphs as though fully set forth below.

485.    The estates of Plaintiffs listed in the foregoing paragraphs assert claims for the pain and suffering of the estates' decedents who were grievously injured by the FSIA Defendants' provision of material (within the definitions of 28 U.S.C. § 1605A(h)) to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking that caused the decedents' deaths.

486.    The FSIA Defendants armed, funded, trained, and provided other types of material support (as defined in 18 U.S.C. § 2339A) for and to terror organizations and operatives who engaged in acts of torture, extrajudicial killing, and hostage taking, injuring and killing the estate decedents.

487.    The FSIA Defendants provided this material support through their officials, employees, and agents while they were acting within the scope of their offices, employments, or agencies. This material support was provided pursuant to the policies of the FSIA Defendants.

488.    The material support provided by the FSIA Defendants caused the estate decedents' injuries and deaths by resulting in the October 7 Attack.

489.    As a direct and proximate result of the willful, wrongful, and intentional acts of the FSIA Defendants, the decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering prior to their deaths.

490.    The FSIA Defendants are therefore liable for the full measure of estate Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, and pain and suffering prior to their deaths.

491.    The FSIA Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public, warranting an award of punitive damages against the FSIA Defendants pursuant to 28 U.S.C. § 1605A(c).

## SIXTH CLAIM FOR RELIEF

**Liability for Conspiring to Commit Homicide (18 U.S.C. § 2332(b)) and Other Crimes Listed in 18 U.S.C. § 2339A(a) Under § 2333(a) Against the FTO Defendants on Behalf of All Plaintiffs**

492.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

493.    Plaintiffs have been injured in their person, and the estate Plaintiffs suffered economic loss and pain and suffering prior to their decedents' deaths, by reason of acts of international terrorism committed by the FTO Defendants that involved violence, were dangerous to human life, and violated the criminal law of the United States, including the prohibition on killing, or attempting or conspiring to kill, U.S. citizens as set forth in 18 U.S.C. § 2332 and the other crimes listed in 18 U.S.C. § 2339A(a).

494.    The FTO Defendants' acts of international terrorism were appeared intended and were in fact intended to: (a) intimidate or coerce the civilian populations of the State of Israel and the United States; (b) influence the policy of the governments of the State of Israel and the United States by intimidation or coercion; and (c) affect the conduct of the governments of the State of

Israel and the United States by mass destruction, assassination, or kidnapping within the meaning of 18 U.S.C. § 2331.

495.    The FTO Defendants' acts either occurred primarily outside the territorial jurisdiction of the United States or transcended national boundaries in terms of the means by which they were accomplished.

496.    The acts of terrorism set forth herein were extreme and outrageous and were committed with the knowledge they would and intention to cause extreme physical pain and suffering to the victims, and extreme emotional distress to the family members of those murdered by reason of these acts of international terrorism.

497.    The FTO Defendants conspired to commit acts of homicide and other crimes listed in 18 U.S.C. § 2339A(a), or activities that would be crimes if committed within the jurisdiction of the United States or of any State, including against U.S. nationals, in the manner set forth herein, and committed overt acts in furtherance of the conspiracy. At all relevant times, the FTO Defendants agreed to the aims of the conspiracy and acted in furtherance of the conspiracy.

498.    Plaintiffs were wounded, incurring emotional and physical injuries (including solatium), and some were also killed, as a result of overt acts taken in furtherance of the conspiracy, such as shootings, bombings, and hostage-taking.

499.    By conspiring to commit acts of homicide and other crimes listed in 18 U.S.C. § 2339A(a) that resulted in the injury of Plaintiffs and the deaths of Plaintiffs' decedents, who were U.S. nationals, the FTO Defendants are jointly and severally liable pursuant to 18 U.S.C. § 2333(a) for any and all damages Plaintiffs have sustained as a result of such injuries.

## SEVENTH CLAIM FOR RELIEF

**Civil Liability under 18 U.S.C. § 2333(a) Against FTO Defendants Hamas, PIJ, and PFLP, on Behalf of all Plaintiffs**

500.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

501.    Plaintiffs have been injured in their person, including extreme mental anguish, solatium and economic losses, and the estate Plaintiffs suffered economic loss, extreme mental anguish, and pain and suffering, by reason of acts of international terrorism committed by the FTO Defendants Hamas, PIJ, and PFLP, that involved violence, were dangerous to human life, and violated the criminal law of the United States or the States (or would be if committed in the United States), including the prohibition on killing or attempting to kill U.S. citizens as set forth in 18 U.S.C. § 2332(a), (b), and (c).

502.    These FTO Defendants' acts in kidnapping Plaintiffs, injuring Plaintiffs, killing Plaintiffs' decedents or attempting to kill the injured Plaintiffs, or inflict emotional distress on the family member Plaintiffs, were intended to: (a) intimidate or coerce the civilian populations of the State of Israel and the United States; (b) influence the policy of the governments of the State of Israel and the United States by intimidation or coercion; and (c) affect the conduct of the governments of the State of Israel and the United States by mass destruction, assassination, or kidnapping within the meaning of 18 U.S.C. § 2331.

503.    These FTO Defendants' acts both occurred primarily outside the territorial jurisdiction of the United States and transcended national boundaries in terms of the means by which they were accomplished.

504.    These FTO Defendants' acts were extreme and outrageous and were committed with the knowledge of and intention to cause extreme physical pain and suffering to any and all

persons within close proximity of the attack and extreme emotional distress to the family members of those who were killed or injured by reason of those acts.

505.    By violating 18 U.S.C. §§ 2332(a), (b), and (c)'s prohibitions against killing or attempting to kill a U.S. citizen, as well as the other crimes listed in 18 U.S.C. § 2339A(a) (or activities that would constitute such crimes if committed in the United States) and causing them serious bodily injury, economic losses, and emotional distress, these FTO Defendants are liable pursuant to 18 U.S.C. § 2333(a) for any and all damages the Plaintiffs have sustained as a result of such murders, attempted murders, and other illegal and tortious activities.

## EIGHTH CLAIM FOR RELIEF

**Against FTO Defendants, on Behalf of All Plaintiffs, for violations of 18 U.S.C. §§ 2333(a), 2339A, and 2339B**

506.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

507.    Each of FTO Defendants PIJ, PFLP, Hezbollah, and Hamas provided each other material support in violation of 18 U.S.C. § 2339A by conspiring with and providing material support and resources to each other, knowing or intending that they be used in preparation for or in carrying out the October 7 Attack, which constituted violations of section 18 U.S.C. § 2332 and the other crimes listed in 18 U.S.C. § 2339A(a), and assisted in the preparation for, carrying out, and commission of acts of international terrorism described herein.

508.    Each of FTO Defendants PIJ, PFLP, Hezbollah, and Hamas provided each other material support, and attempted and conspired to do so, in violation of 18 U.S.C. § 2339B by providing material support and resources to each other, knowing that each FTO Defendant was a designated FTO, engages in terrorist activity, and/or engages in terrorism, as these terms are defined in 18 U.S.C. § 2339B.

509.     The FTO Defendants' acts in kidnapping, injuring, killing, and attempting to kill, U.S. nationals and other persons, were, are, and appear to be intended to: (a) intimidate or coerce the civilian populations of the State of Israel and the United States; (b) influence the policy of the governments of the State of Israel and the United States by intimidation or coercion; and (c) affect the conduct of the governments of the State of Israel and the United States by mass destruction, assassination, or kidnapping within the meaning of 18 U.S.C. § 2331.

510.     The FTO Defendants' conduct was a substantial cause in fact and a significant, foreseeable factor in the chain of events leading to the Plaintiffs' injuries.

511.     The FTO Defendants' acts occurred primarily outside the territorial jurisdiction of the United States and transcended national boundaries in terms of the means by which they were accomplished.

512.     The FTO Defendants' knowing provision of material support to each other involved acts that were dangerous to human life, by their nature and as evidenced by their consequences.

513.     Furthermore, each Plaintiff's injuries constitute harm falling within the risk contemplated by the FTO Defendants' material support to each other.

514.     Through their conduct as described above, by knowingly providing material support to each other and thereby knowingly violating 18 U.S.C. §§ 2339A and 2339B, the FTO Defendants are civilly liable for damages to each Plaintiff for their injuries pursuant to 18 U.S.C. § 2333(a).

## NINTH CLAIM FOR RELIEF

**Civil Liability for Aiding and Abetting in Violation of 18 U.S.C. §§ 2333(a) and 2333(d)(2) Against FTO Defendants PIJ, PFLP, and Hezbollah, on Behalf of All Plaintiffs**

515.     The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

516.    Hamas was designated an FTO on October 8, 1997, and remains so-designated.

517.    The October 7 Attack and the Subsequent Related Attacks consisted of hundreds of different phases of a terror campaign jointly perpetrated by FTO Defendants Hamas, PFLP, PIJ, and Hezbollah, among others.

518.    The attacks alleged herein were acts of international terrorism as defined by 18 U.S.C. § 2331(1).

519.    FTO Defendants Hezbollah, PIJ, and PFLP aided and abetted (within the meaning of 18 U.S.C. § 2333(d)(2)), Hamas, the person (within the meaning of 18 U.S.C. § 2333(d)(1) and 1 U.S.C. § 1) that committed most of the acts of international terrorism set forth herein, including through financial support, tactical training, intelligence sharing, strategic planning, the provision of weapons, and other forms of assistance and encouragement described above.

520.    FTO Defendants Hezbollah, PIJ, and PFLP assisted Hamas knowingly and were generally aware of their roles in Hamas's illegal and tortious conduct.

521.    The assistance these FTO Defendants knowingly provided Hamas was substantial.

522.    The terror attacks described herein which were committed by Hamas were the natural and foreseeable consequences of these FTO Defendants' assistance to Hamas.

## TENTH CLAIM FOR RELIEF

### Against FTO Defendant Hamas, on Behalf of All Plaintiffs, for Aiding and Abetting in Violation of 18 U.S.C. §§ 2333(a) and 2333(d)(2)

523.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

524.    Hezbollah, PIJ, and PFLP were each designated an FTO on October 8, 1997, and remain so-designated.

525.    The October 7 Attack and the Subsequent Related Attacks consisted of hundreds of different phases of a terror campaign jointly perpetrated by FTO Defendants Hamas, PFLP, PIJ, and Hezbollah, among others.

526.    The attacks committed alleged herein were acts of international terrorism as defined by 18 U.S.C. § 2331(1).

527.    Hamas aided and abetted (within the meaning of 18 U.S.C. § 2333(d)(2)) Hezbollah, PIJ, and PFLP, who were the persons (within the meaning of 18 U.S.C. § 2333(d)(1) and 1 U.S.C. § 1) that committed some of the acts of international terrorism set forth herein, including through financial support, tactical training, intelligence sharing, strategic planning, the provision of weapons, and other forms of assistance and encouragement described above.

528.    Hamas assisted Hezbollah, PIJ, and PFLP knowingly and was generally aware of its role in their illegal and tortious conduct.

529.    The assistance Hamas knowingly provided to these FTO Defendants was substantial.

530.    The terror attacks described herein which were committed by Hezbollah, PIJ, and PFLP were the natural and foreseeable consequences of Hamas's assistance to Hezbollah, PIJ, and PFLP.

## ELEVENTH CLAIM FOR RELIEF

**Against the FTO Defendants, on Behalf of All Plaintiffs, for Conspiracy in Violation of 18 U.S.C. §§ 2333(a) and 2333(d)(2)**

531.    The allegations set forth in the preceding paragraphs are incorporated by reference as though fully set forth herein.

532.    The attacks alleged herein were acts of international terrorism as defined by 18 U.S.C. § 2331(1).

533.    Hamas, Hezbollah, PIJ, and PFLP were each designated an FTO on October 8, 1997, and remain so-designated.

534.    The FTO Defendants conspired with each other and others (including the IRGC) for the purpose of committing acts of terrorism, including the October 7 Attack and the Subsequent Related Attacks.

535.    Each FTO Defendant agreed to join the conspiracy knowing its general aims.

536.    Members of the conspiracy performed overt acts in furtherance of the conspiracy, which included acts that substantially and foreseeably injured Plaintiffs.

537.    Plaintiffs' injuries were proximately caused by the FTO Defendants' acts of international terrorism.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs respectfully request that the Court:

(a)    Accept jurisdiction over this action;

(b)    Enter judgment for Plaintiff Estates against the FSIA Defendants, jointly and severally, for compensatory damages for wrongful death and survival, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial;

(c)    Enter judgment for all Plaintiffs against the FSIA Defendants, jointly and severally, for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and solatium, in amounts to be determined at trial;

(d)    Enter judgment for all Plaintiffs against the FSIA Defendants, jointly and severally, for punitive damages in an amount to be determined at trial;

(e)    Enter judgment against the FTO Defendants and in favor of all Plaintiffs for compensatory damages in amounts to be determined at trial;

(f)    Enter judgment against the FTO Defendants and in favor of all Plaintiffs for treble damages pursuant to 18 U.S.C. § 2333(a);

(g)     Enter judgment against the FTO Defendants and in favor of all Plaintiffs for any and all costs sustained in connection with the prosecution of this action, including attorneys' fees, pursuant to 18 U.S.C. § 2333(a);

(h)     Enter judgment for all Plaintiffs against the FSIA Defendants, jointly and severally, for Plaintiffs' costs and attorney's fees;

(i)     Enter judgment against the FSIA Defendants, jointly and severally, for prejudgment interest; and

(j)     Such other and further relief as the Court finds just and equitable.


Dated: August 13, 2025                       Respectfully Submitted,

                                             COZEN O'CONNOR

                                   By:       /s/ Joseph L. Simpson
                                             Joseph L. Simpson (DC Bar No. 1615652)
                                             Adam R. Poliner (DC Bar No. 1708564)
                                             (admission pending)
                                             2001 M Street NW
                                             Suite 500
                                             Washington, DC 20036
                                             Tel: (202) 280-6512
                                             Fax: (202) 905-0100
                                             JosephSimpson@cozen.com
                                             ARPoliner@cozen.com

                                             Sean P. Carter (motion for admission *pro hac vice* forthcoming)
                                             Anna M. McDonough (motion for admission *pro hac vice* forthcoming)
                                             One Liberty Place
                                             1650 Market Street
                                             Suite 2800
                                             Philadelphia, PA 19103
                                             Tel: (215) 665-2105
                                             Fax: (215) 701-2105
                                             SCarter@cozen.com
                                             AMcDonough@cozen.com

                                             *Counsel for Plaintiffs*